IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CAlvin Flowers )
Full name and prison number of )
plaintiff(s) )
 )
 )  CIVIL ACTION NO. 2:07CV553-WHA
v. )  (To be supplied by the Clerk of the
 )  U.S. District Court)
Montgomery City )
Jail )
 )
_____ )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) _____

         Defendant(s) _____

      2.   Court (if federal court, name the district; if state court, name the county)
         Montgomery County
         middle District of Alabama

      3.   Docket No. _____

      4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit __6/21/07__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Prattville, Autauga County Metro Jail I am in Federal costody And Transfer__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Montgomery City Jail Montgomery Al__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Officer McKenzie | Montgomery City Jail employee |
| 2. | Officer McKnay | Montgomery City Jail employee Now employed at Autauga Metro |
| 3. | Officer Welch | Montgomery City Jail SPUR |
| 4. | Officer Bailey | Montgomery City Jail SPUR |
| 5. | Officer Smith | Montgomery City Jail SPUR |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Between Dates of 12/10/06 And 5/1/07__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __My health And Welfare were put in danger Because my medication was not prescribe or put into effect for a month and a half__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
__I have high blood pressure, I am a diabetic I suffer from Bipolar disorder And I Am suffering also from P.T.S.D. I also suffer from chronic arthritis I was food poisoned And not sent to A hospital denied proper medical treatment several times from for severe ailments__

-2-

GROUND TWO: My mental illness was made intense by mistreatment and harassment by officer and inmates

SUPPORTING FACTS: I was taken to the Drunk tank from my first court appearance held when I could have went to court. They kept me in the Drunk Tank for 2 days one meal a Day. I am a Diabetic. I was not allow to contact my family or Bond out when I had the money. Everyone was alloy to Attend Court daily not me

GROUND THREE: My Fourth Amendment was violated By all of my personal papers Being confiscated or thrown away

SUPPORTING FACTS: Officer Smith and officer Reeves took my personal papers put me in the Drunk Tank. Officer then After I asked for the papers back, He put me in S Cell the punitive cell for 12 days with no write up. Officer McKenzie after that ordeal took my personal account numbers, legal work songs and poems I write And threw some away Kept some

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I want to Be compensated for my pain and suffering. The cruel and unusual punish has caused me emotional and family misunderstand and problems I lost relationships because lies and slander And I want apologies in public.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6/21/07
(date)

Signature of plaintiff(s)

-3-

Calvin Flowers
Home Address: P.O. Box 80
Elba, AL 36323

current address incarcerated
in transit
136 North Court Street
Prattville, AL
36067

INMATE MAIL
AUTAUGA METRO JAIL



United State Supreme
Court
Middle District
P.O. Box 711
Montgomery, AL
36101