IN THE UNITED STATES COURT
Middle District of Alabama

Calvin Flowers / (Petitioner)

vs.

Montgomery City Jail
(Respondent)

CASE NO # 2:07CV553-wh

## Motion / AND Petition For Federal Court Intervention or Injunction

It comes to my attention that my Rights were violated and my health and welfare were put in Danger while at Montgomery City Jail. My Name was slandered and many lies were told, to make other Inmates hate and think I was crazy or deranged. I, Calvin Flowers make these statements of Sound mind at the present Time. I have just left Montgomery City Jail and I feel a relief, But I would like a pschological evaluation because I feel that Jail has effected me permanently. I became Suicidial and Homicidial there I had to seek mental Health (at) Local Mental Heath on Coliseum Blv in Montgomery, And I got into a fight with an inmate where I could have killed this man due to my mental status. My Medicine was withheld From the beginning of my arrest. I was held under the wrong court Jurisdiction. I was arrested on V.A. property for Trespassing Tried in Montgomery Monicipal Court For a Federal charge. All of my personal papers have been stolen at Montgomery City Jail. I write songs and poems that are of value they were stolen every time, I wrote them. I am Diabetic and have high Blood Pressure I was not given these medications either that (Dangerous

1. On the 11th of December 2006 I was supposed to go to court with all other inmates who were held in the Annex Gym on the 10th Dec overnight That night the 10th There were inmates intent on doing me bodily harm, I had already been side swipe by a car And refused medical attention at V.A. hospital in Montgomery; accused of Trespassing and brought to Montgomery City Jail where I experienced mistreatment by inmates and staff. The inmates intemediated and took my tray in the morning. The staff was aware of these Actions Officer Bestida was on duty the Night of the 10th December.

2. My mental Illness was made very intense by my Treatment the First Few days especially And all the while I was in the Drunk Tank And 2 cell the Medical cell. I was not Drunk but took out of the Court Room and sent to the Drunk Tunk Kept for Two day 11th And 12th Dec; I was only fed to meals while there once a day And I Am a Dialetic. I also was bitten by a brown reelose spider; sent to the Doctor on the 16th of December 2006 not given antibiotics. The only way I heal The bite was by antibiotic ointment given by the Nurses.

3. I was Food poisoned then pot in The Drunk Tank instead of being sent to a Hospital Nurse Davis witnessed The mess I made in There

From page 1
continued

3. I had diarahea and vomitting while kept in the Drunk Tank overnight while at This Jail I was sent to the Drunk Tank without reason about Twelve times, I also was sent to S cell the punitive cell by office Smith on or about 26th Dec until 9 Jan 2007 without reason or write up.

4. When my blood sugar was low or high during 2ond or Third shift noone would check it or send me to the paramedics. I had no medicine from 10/Dec/06 to 20/Jan/07 when my records are the thickest file there the nurses and doctor are ~~awa~~ aware or were aware of my conditions and illnesses. My heart was giving pains on 3 occasions Mrs hopkins and officer Bailey refused me medical treatment.

5. Officers McKenzie and McCray tried to poison me again and played with my food daily in the months of December 2006 and January 200"

6. Officer Franklin allowed a homosexual to spit on my food on first shift. My food was held a whole hour just sitting in the hall.

7. I was struck by a car and not permitted to see a doctor at V.A. montgomery. I had to heal in the City Jail charged with Trespassing when I am a 100% Diabled Vet not on barred status at that hospital this is how my probation was violated because I was held from all communication even not allowed to write letter

8. My Forth Amendment was vialated by all of my personal papers and property taken everytime the put me in the Drunk Tank. My Bank account numbers were exposed to the public, My Family put in danger because all my Addresses were Taken. My Deeds and legal paperwork taken. My First Amendment violated because my family Bible was taken with all names of my family membe inside. My 8 Amendment was violated because there was cruel and usual punishment inflicted which cause onset of mental illness and my Diabetic condition to worsen because of lack of medication cause by negligence of staff.

9. My mental pschiatric condition was so affected by mistreatment in this Jail that I (Became) suicidi and homicidial in Montgomery city Jail, I was sent to a pschiatrist on Colisium Blvd, Finally put on medication when my meds were already listed

10 My name was slandered by employees saying I was crazy or Deranged which cause me problems with fellow inmates. They looked down on me and often wanted to fight me, I had six fight because of slander and officers actually setting up the fights, I was also set up for Gang Rape But used a scare tactic to get around this. The guy in this cell before was constantly Raped that door was not secure and it was known by inmates and staff, I can prove and support this.

11. People were going to Municipal court daily But I was held. Kept until the 17th of January 2007 before I went to court. I had a bond But was not allowed to use it. I was not allowed to call my family for a month and a half. Was kept from the phone not allowed to write. Not allowed to shower for four to five days. My toilet was cut off and people made to believe I was a filthy person. My probation was violated because of this arrest and not being able to communicate with my P.O.

12. My poems and songs and future Ideas for pattern were stolen or taken. These things relieved my mind and tension and when they were constantly taken. It effected me mentally.

13. I was seeking medical attension pschiatricly and physically when I was arrested now I will Be permenately scared physically and mentally.

14. My witnesses as for as inmates and Trustees are Billy Haygood, Marice Cox, Kenya Thompson Antonio Bennett, Leon Webster, Patrick Humphrey Timothy King. Maurice Moultry

15. Civilians for character witness before Incarceration are Bobbie Wells, Joan Devine Kelvin Eze

16. Montgomery City Jail officers : witnesses are. Officer Marshal, Officer Moore; Officer Debose, Officer Pilfoy. Officer Johnson; Nurse Davis, Nurse Motley