CASE N~~#~~ ~~2:07-cv-00553-WHA-CSC~~

Civil Action No: ~~#~~
2:07-cv-553-WHA

Honorable Judge Charles S. Coody

request extention to 7/15/07

This is Calvin Flowers. I am writing you for clarification on Document ~~#~~ 5-1 Filed on 06/22/2007 you ordered this motion be denied that is for Federal intervention. I assume you mean by this that I will not be considered endigent, And I did not want the court to consider me indigent, yes I will pay the $350.00 that is three hundred fifty dollars, the fee for filing the civil action. All I ask is that your honor extend my date to pay the fee. As soon as I get the money from my bank I will send it in. I wrote them on 6/27/07. It will take a few day to get here And a few days for this staff at Autauga County Metro Jail to approve for me to send it to you. I request until the 15 July 07 to get you the $350.00 Fee, Please give me 6 more days to pay the fee. I garauntee your court will receive the fee. I do not wish to pay $455.00 on an Appeal. The money might be sent before the 15th I just want to make sure. Please send me a form requesting from you to this jail that they release $350.00 from my account and my account balance for the past 2 months that is the length of time I have been here. your honor I am a Federal inmate And in transit, I don't know when I will be transfered to Atlanta but I wish to leave the fee here, Please write back. I am anxious to get the procedure over. Thank you for you time and deligence

yours Truly Calvin Flowers

Alvin Flowers
136 North Court Street
Prattville, AL 36067

MONTGOMERY AL 361
27 JUN 2007 PM
USA 41

INMATE MAIL
AUTAUGA METRO JAIL

ATTN:
Honorable Judge Coody
Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711