IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-553-WHA |
| | ) | |
| MONTGOMERY CITY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 3, 2007 (Court Doc. No. 6), which the court construes to contain a motion for extension of time to pay the filing fee, and as the court received such fee within the time allowed by the court, it is

ORDERED that the motion for extension of time be and is hereby DENIED as moot.

Done this 9th day of July, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE