---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer McKenzie
   Montgomery City Jail
   P.O. Drawer 159
   Montgomery, AL 36195

   07cv553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Cady T̄ho B_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    7·12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7005 1160 0001 2962 1133

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Welch
   Montgomery City Jail
   P.O. Drawer 159
   Montgomery, AL 36195

   07cv553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                 ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Cadit Thomas Baily               7·12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7005 1160 0001 2962 1157

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer McKray
   Montgomery City Jail
   P.O. Drawer 159
   Montgomery, AL 36195

   07cv553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Cadyt Thoma Baly_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    7·12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7005 1160 0001 2962 1140

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Smith
   Montgomery City Jail
   P.O. Drawer 159
   Montgomery, AL 36195

   07cv553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cadet [illegible] R_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  7/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 1096

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Bailey
   Montgomery City Jail
   P.O. Drawer 159
   Montgomery, AL 36195

   07cv553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Cadet Thomas Bailey              7/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0005 4873 1994

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540