Calvin Flowers
00518-002
USP 1 Coleman /STAFF
P.O. Box 1033 OR 1035
Coleman FLA
33521-1033
ATTN: SGT SHANK
Correctional Counselor

Federal
ATTN: Clerk Of Court
(FOR) ATTN: Judge Honorable Coody
MAGISTRATE Judge
Middle District of
Box Alabama
"A" Montgomery AL 36101
1717 South Church St.