REF: DEFENDANTS
Autauga/METRO
County
Jail

Fort Myers, Florida 33907
Telephone:(800)896-2709 | Map & Directions

Atlanta, Georgia | The Barnes Law Group, L.L.C.
191 Peachtree Street NE, Suite 4200
Atlanta, GA 30303
Telephone:(800) 896-3062 | Map & Directions

CASES FILE AT THE SAME TIME AND DATE

© 2006. All Rights Reserved. Morgan and Morgan, PA | For The People
Support Email: info@forthepeople.com
1-800-896-2709

IN THE UNITED STATES
DISTRICT OF COURTS
FOR THE MIDDLE DISTRIT
OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF<br>CALVIN FLOWERS<br>-VS-<br>MONTGOMERY<br>CITY<br>JAIL<br>FEDERAL Holdover | CIVIL<br>ACTION<br>No#<br>2:07-CV-553<br>WHA<br>(WO) APPEAL<br>Process |

To The Honorable Judge Albright: 10/18/07
I am submitting a motion to Appeal your Decision to
Drop my case. The reasons are that my mail has been
Tampered and my case file stolen. I am in protective
custody due to the severety of these cases. My life is
in danger. I did submit a summary of my evidence
the paper work that I submitted to you with a timely
manner it did not reach you. I am trying to Hire
a attorney above to represent me. Then all my
motions will be to your advantage and mine
with the legal process but an attorney
hasn't please continue my case until I
10/05/07 Please reply to me by way of
my family I will be able to go to
court in January of 2008.

Sincerely yours
[signature] 10/4/2007

http://www.forthepeople.com/contact_us.htm

Calvin Flowers
Reg # 00518-002
P.O. Box 1033
USP Coleman
Coleman FLA
33521-1033

ATTN:
OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT
P.O. Box 711
Montgomery, Alabama
36101-0711



TAMPA FL 336
19 OCT 07 PM 8 L

RECEIVED 10/19/07

Good Day Clerk of Court

2007 OCT 22 A 10:09

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Would you please supply me with The Latest on my Two civil suits. I am in the process of Hiring An Attorney. Please give me Any pertenant information. Enclosed is a motion to reopen my case. The case was dismissed Because of this Facility tampering with my mail. You can call my counselor; Dole and he will affirm that I have lost mail. I am in The Special Housing Unit And that is my counselor he is looking For my lost mail which contains All my case files All I have is the one case No# to the Montgomery City Jail And I would like to Re open my case. If it takes money to reopen my then so be it, But it was not my fault the (Judge) dismissed my case. I wont Be surprised that this letter doesn't reach you. I have reported to the staff that my mail is Being tampered with. This case is Dangerous And I am in protective custody Now I am enclosing a True statement of Dedication to the Public.

Yours Truley
Delvin Flowers