IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, #09518-002, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv553-WHA |
| | ) |
| MONTGOMERY CITY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Reopen Case (Doc. #17), and for good cause shown, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. The Order (Doc. #14) and Judgment (Doc. #15) of the court are VACATED and SET ASIDE.

3. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 31st day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE