IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-553-WHA |
| | ) | |
| OFFICER McKENZIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the Recommendation entered on August 20, 2007 (Court Doc. No. 13) be and is hereby WITHDRAWN.

Done this 31st day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE