IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN FLOWERS,                                )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )        CIVIL ACTION NO. 2:07-CV-553-WHA
                                               )
OFFICER McKENZIE, et al.,                      )
                                               )
            Defendants.                        )

**ORDER ON MOTION**

Upon consideration of the motion to continue filed by the plaintiff on October 26, 2007

(Court Doc. No. 18), in which the plaintiff requests that the court suspend proceedings in this case

until his release from incarceration, and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 31st day of October, 2007.


                          /s/ Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE