IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-553-WHA |
| | ) |
| OFFICER McKENZIE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

For good cause, it is

ORDERED that on or before November 30, 2007 the defendants shall file a written report and answer in compliance with the directives of the order entered on July 11, 2007 (Court Doc. No. 9).

Done this 31st day of October, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE