IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-CV-553 |
| | ) |
| OFFICER McKENZIE, et al., | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW Wallace Mills, attorney for Defendant, Officer Welch and respectfully moves this Court for an extension of time in which to file his written report and answer, and as grounds say:

1. On October 31, 2007, this Court ordered the defendants to file a written report and answer in this matter by November 30, 2007.

2. It was anticipated that all requisite affidavits and medical records could be obtained by the deadline, but especially with the intervening holiday, gathering these materials has taken longer than anticipated and is not yet complete.

3. Several of people from whom records need to be garnered, namely the jail doctor and nurse, have either been on vacation or otherwise away from their jobs such that the requisite medical records have not yet been obtained.

4. This Court has determined that Plaintiff does not require immediate relief (Doc. 8), and Defendants submit that Plaintiff would not be unduly prejudiced by a brief delay of these proceedings to allow Defendants to adequately prepare their response.

WHEREFORE, Defendant respectfully requests an extension of five (5) business

1

days in which to file his written report and answer.

Respectfully submitted this 29th day of November 2007.

/s/ Wallace D. Mills
Wallace D. Mills (MIL090)
Attorney for Defendants

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29th, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

Calvin Flowers
COLEMAN I
09518-002
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1033
Coleman, FL  33521

/s/ Wallace D. Mills
Of Counsel