IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-553-WHA |
| OFFICER McKENZIE, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Welch on November 29, 2007 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendant be GRANTED an extension from November 30, 2007 to and including December 7, 2007 to file his special report and answer.

Done this 30th day of November, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE