**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CALVIN FLOWERS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **CASE NO.: 2:07-CV-553** |
| | ) |
| **OFFICERS MCKENZIE, MCKRAY,** | ) |
| **WELCH, BAILEY, and SMITH,** | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW, Officer Welch, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    [X]    This party is an individual, or

    [ ]    This party is a governmental entity, or

    [ ]    There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/02/07
Date

/s/Wallace D. Mills
(Signature)

Wallace D. Mills
(Counsel's Name)

103 N. Perry St.
Montgomery, Al 36101
334-241-2050

1

2

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. Mail, postage prepaid and properly addressed on this ___ day of _____, 200___, to the following:

      /s/ Wallace D. Mills
      Signature