IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-553-WHA |
| OFFICER MCKENZIE, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before December 13, 2007 defendants McKenzie, McKray, Bailey and Smith shall show cause why they have failed to file a written report in compliance with the orders entered by this court.

Done this 3rd day of December, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE