**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| CLAVIN FLOWERS, | ) Case No.: 2:07-CV-553 |
| Plaintiff, | ) **RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR EXTENSION OF TIME** |
| vs. | ) |
| OFFICER MCKENZIE, et al., | ) |
| Defendant | ) |

COMES NOW the undersigned attorney on behalf of Officers Bailey and Smith, and in response to the Court's Order to show cause why the said officers have failed to file a written report show unto the Court as follows:

1. That this writer, since being made aware of the Complaint and Order directing the filing of a written report (Doc. No. 22), has been attempting to make contact with the individual correctional officers named in the Complaint;

2. That, as of the writing hereof, this writer has made contact with Officers Welch, Bailey, and Smith, all of whom have given their consent to representation, thus giving this writer the authority to enter an appearance on their behalf;

3. That as of the expiration of this Court's deadline to file the subject written report (last Friday), this writer had only been able to make contact with one of the individual defendants, namely Officer Welch, on whose behalf a motion for an extension of time was made and granted;

4. That this writer is preparing and has been preparing a written report to be filed on behalf of all individual defendants, assuming that they will, once contact is made, give their consent to the representation;

5. That it was anticipated that all requisite affidavits and medical records could be obtained by the deadline, but especially with the intervening holiday, gathering these materials has taken longer than anticipated and is not yet complete;

6. That several of people from whom records need to be garnered, namely the jail doctor and nurse, have either been on vacation or otherwise away from their jobs such that the requisite medical records have not yet been obtained.

7. That this Court has determined that Plaintiff does not require immediate relief (Doc. 8), and Defendants submit that Plaintiff would not be unduly prejudiced by a brief delay of these proceedings to allow Defendants to adequately prepare their response.

WHEREFORE, the above premises considered, Officers Smith and Bailey, pray that this Court will find that sufficient cause for the failure to file the requisite report has been shown, and that it will grant an extension of five (5) business days for the filing of the necessary written report and answer.

Respectfully submitted this 3d day of December, 2007.

/s/ Wallace D. Mills
Wallace D. Mills (MIL090)
Attorney for Defendants

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 3d, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

 Calvin Flowers
 COLEMAN I
 09518-002
 U.S. Penitentiary
 Inmate Mail/Parcels
 P.O. Box 1033
 Coleman, FL  33521

       /s/ Wallace D. Mills
       Of Counsel