**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| CLAVIN FLOWERS, | ) | Case No.: 2:07-CV-553 |
| | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| Plaintiff, | ) | **BY CITY OF MONTGOMERY** |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER MCKENZIE, et al., | ) | |
| | ) | |
| Defendant | ) | |

COMES NOW the city of Montgomery, Alabama, a non-party to the above-entitled lawsuit, by and through the undersigned attorney, and moves this Honorable Court to grant Officers McKenzie and McKray an extension of time to file the written report and answer directed in its October 31, 2007 order (Doc. No. 22). In support of this motion, the city of Montgomery shows as follows:

1. That under Alabama law, a municipality has the duty to indemnify its employees for "damages arising out of the performance of his official duties;" §11-47-24 Ala. Code (1975);

2. That, as such, the city of Montgomery may become liable for any damages assessed against the said defendants which may arise out of the failure to file the written report and answer;

3. That the city of Montgomery has not yet, despite several efforts, successfully made contact with the said individual defendants, but expects the contact to be made within the next couple of days;

4. That the city of Montgomery will be prepared to file a written response on behalf of all defendants by Friday, December 7, 2005 and anticipates that the above-named individual defendants will give their consent to representation.

WHEREFORE, the above premises considered, the city of Montgomery prays that this

Honorable Court will grant Officers McKray and McKenzie an extension of five (5) business

days for the filing of the necessary written report and answer.

       Respectfully submitted this 3d day of December, 2007.

                               /s/ Wallace D. Mills

                               Wallace D. Mills (MIL090)

                               Attorney for Movant

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 3d, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

       Calvin Flowers
       COLEMAN I
       09518-002
       U.S. Penitentiary
       Inmate Mail/Parcels
       P.O. Box 1033
       Coleman, FL  33521

                               /s/ Wallace D. Mills

                               Of Counsel