IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-553-WHA |
| | ) |
| OFFICER McKENZIE, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by counsel for defendants Welch, Bailey and Smith on December 3, 2007 (Court Doc. No. 28), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that all individuals named as defendants be GRANTED an extension from November 30, 2007 to and including December 7, 2007 to file their special report and answer.

Done this 4th day of December, 2007.

                                      /s/ Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE