IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 DEC -7 P 4: 52

CALVIN FLOWERS,                        )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )     Case No. 2:07-CV-553
                                       )
OFFICER McKENZIE, et al.,              )
                                       )
        Defendants.                    )

## RESPONSE AND WRITTEN REPORT OF DEFENDANTS, OFFICERS McKENZIE, McKRAY, WELCH, BAILEY, & SMITH

**COME NOW** the Defendants, Officer McKenzie ("McKenzie"), Officer McKray ("McKray"), Officer Welch ("Welch"), Officer Bailey ("Bailey"), and Officer Smith ("Smith") through undersigned counsel, and in accordance with this Court's Orders of October 31, 2007, November 30, 2007, and December 4, 2007, file this Response and Written Report to Plaintiff's Complaint.

**PLAINTIFF'S COMPLAINT:**

This action is being brought by Plaintiff Calvin Flowers ("Flowers"). Flowers is a federal post-conviction inmate most recently incarcerated in the Montgomery Municipal Jail from December 11, 2006, through May 3, 2007. Flowers alleges in Ground One that he has been denied proper medical care for medical conditions. In Ground Two, Flowers contends that his mental illness was made "intense" by mistreatment and harassment by officers and inmates. Ground Three is an allegation that his personal property was then taken away. He seeks to be compensated for pain and suffering and wants apologies in public because of lies and slander.

Plaintiff submits the following as supporting facts to his cause of action:

Ground One: "I have high blood pressure, I am a diabetic, I suffer from bipolar disorder, and I am suffering also from P.T.S.D." "I also suffer from chronic arthritis, I was food poisoned and not sent to a hospital, denied proper medical treatment several times for several ailments."

Ground Two: "I was taken to the drunk tank from my first court appearance, held when I could have went to court." "They kept me in the drunk tank for two days, one meal a day." "I am a diabetic, I was not allow to contact my family or bond out when I had the money, everyone was allow to attend court dialy [sic], not me."

Ground Three: "Officer Smith and Officer Reeves took my personal papers, put me in the drunk tank. Officer then after I asked for the papers back, he put me in 5 Cell the punitive cell for 12 days with no write up. Officer McKenzie after that ordeal took my personal account numbers, legal work songs and poems. I write and threw some away kept some."

**DEFENDANT'S RESPONSE:**

**I.    FACTS**

Plaintiff Calvin Flowers was most recently incarcerated at the Montgomery Municipal Jail from December 11, 2006, through May 3, 2007. *(DX 1, Affidavit of Willie Collins).* When processed through booking, Flowers was recommended to see Dr. Marcial Mendez, the Montgomery Municipal Jail physician. *(DX 2, p. 15 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Mendez treated Flowers on December 13, 2006. *(DX 2, p. 13 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* In this visit, Flowers' chief complaint was PTSD. *(DX 2, p. 13 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Mendez reviewed Flowers' records and diagnosed him as a hypertensive with type 2 diabetes and prescribed the medications Glucophage and Depakote. *(DX 2, p. 13 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Dr. Mendez requested a mental health evaluation be performed on Flowers. *(DX 2, p. 13 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Flowers began receiving his medications on December 14, 2006. *(DX 2, p. 71 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Flowers' blood sugar was

monitored and his medication dispensed until he saw Dr. Mendez again on January 18, 2007. *(DX 2, p. 79-81 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* In this visit, Dr. Mendez treated Flowers for the complaint of multiple insect bites, and it was noted he was bipolar. *(DX 2, p. 12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* It was on this date that Mendez received a list of additional medications that Flowers was taking which included Lisinopril, Metformin, Glipizide, and Thiamin. *(DX 2, p. 12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Mendez prescribed these medications for Flowers for the next 60 days. *(DX 2, p. 12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Dr. Mendez also discussed the importance of taking the medications as he directed with Flowers. *(DX 2, p. 12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* After this visit and before Flowers saw Mendez again on February 7, 2007, he was given the prescribed medications as directed and his blood sugar and blood pressure were monitored. *(DX 2, p. 67-69 & 77-79 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* On February 7, 2007, Flowers' chief complaints were toenail problems, a loose tooth, and pain in the left shoulder and right leg. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Mendez recommended observation of the toenails and referred Flowers to a dentist for the loose tooth. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* In regard to his shoulder and leg pain, Mendez discontinued his Ultram and prescribed Motrin for his pain. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* In addition to the prescription for Motrin, Mendez prescribed Benadryl for his occasional itching. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Flowers' blood sugar and blood pressure were monitored until his next visit with Mendez on March 8, 2007. *(DX 2, p. 76-78 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* On March 8, 2007 Mendez

refilled both prescriptions and examined Flowers for a complaint of a boil on his thigh. *(DX 2, p. 10 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. Mendez diagnosed Flowers as having a probable abscess, recommended warm soaks, and prescribed Keflex. *(DX 2, p. 3 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*.

Additionally, Flowers filed ten inmate grievances with Warden Willie Collins while incarcerated from December 11, 2006, through May 3, 2007. *(DX 2, p. 1,3,5,8,18,21,23-27 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. In these grievances, Flowers alleges various complaints. *(DX 2, p. 1,3,5,8,18,21,23-27 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. Two of these grievances were filed in relation to theft of property. These grievances were dated January 9 and January 10, 2007. *(DX 2, p. 21-25 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. Flowers also filed four inmate grievance forms related to his medical care. *(DX 2, p. 17, 18, 24, 27 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. Flowers's medical concerns were communicated to the medical staff for evaluation, and he was placed on the physician's visit list for his concerns. *(DX 1, Affidavit of Willie Collins)*.

Flowers received five inmate disciplinary reports during his most recent incarceration in the Montgomery Municipal Jail. *(DX 2, p. 29-37 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. Three of these reports were for Montgomery Municipal Jail rules violations and resulted in Flowers being placed in the "punitive" cell. *(DX 2, p. 32-37 Montgomery Municipal jail Records for Calvin Flowers)*. The "punitive" cell is a cell where inmates are housed for various reasons including violations of Montgomery Municipal Jail rules. *(DX 1, Affidavit of Willie Collins)*.

Flowers' violations include repeated destruction of jail property, repeated throwing of hot grits on corrections officers, and urinating and/or throwing feces throughout his cell. *(DX 2, p. 32-37 Montgomery Municipal jail Records for Calvin Flowers & DX 3, Affidavit of Sylvester McKenzie).*

Flowers was moved to the "punitive" cell on more than one occasion. Each time he was moved to the "punitive" cell, his personal items were removed from his cell and placed in a locker with his name on it for identification. *(DX 3, Affidavit of Sylvester McKenzie).* When he was placed back into population, he received his personal items from his locker. *(DX 3, Affidavit of Sylvester McKenzie).* The only exception would have been when Flowers was placed in the punitive cell for urinating throughout his cell and throwing feces. In that event, his cell, along with any contaminated personal effects, would then become a health/safety biohazard. *(DX 3, Affidavit of Sylvester McKenzie).* Policy would dictate that Flowers would be immediately removed to the "punitive" cell and his cell cleaned. *(DX 3, Affidavit of Sylvester McKenzie).* Any items which were soiled would have been removed and placed into a bin for hazardous materials and disposed of as hazardous waste. *(DX 3, Affidavit of Sylvester McKenzie).*

Inmates that are incarcerated in the "punitive" cell, are given three meals a day. *(DX 1, Affidavit of Willie Collins).* Depending on the rules violation, the inmate may receive his meal in a sack, but he is still given his three meals a day. *(DX 1, Affidavit of Willie Collins).*

## II.    CRUEL AND UNUSUAL PUNISHMENT

While it is unclear from the Complaint which cause of action the Plaintiff is attempting to plead, the Court states in its Order (Doc. No. 8) that the claim is brought under 42 U.S.C. § 1983. Based upon the facts alleged, the Defendants can only assume that the Plaintiff is attempting to

allege cruel and unusual punishment under the Eighth Amendment for denial of medical treatment and being placed in a "punitive" cell.

### A.    Denial of Medical Treatment

In Estelle v. Gamble, 429 U.S. 97, 101, 97 S. Ct. 285, 289 (1976), the Supreme Court held that a prison official's "deliberate indifference to [the] serious medical needs of [a] prisoner constitutes the unnecessary and wanton infliction of pain . . . proscribed by the Eighth Amendment." Estelle, 429 U.S. at 104, 97 S.Ct. 285 (quotation marks and citation omitted); see Campbell v. Sikes, 169 F.3d 1353, 1363 (11th Cir.1999). "However, not 'every claim by a prisoner that he has not received adequate medical treatment states a violation of the Eighth Amendment.'" McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir.1999) (citation omitted); see Estelle, 429 U.S. at 106, 97 S.Ct. 285 ("Medical malpractice does not become a constitutional violation merely because the victim is a prisoner."). The inadvertent or negligent failure to provide adequate medical care "cannot be said to constitute 'an unnecessary and wanton infliction of pain.'" Estelle, 429 U.S. at 105-06, 97 S.Ct. 285.

For an inmate to maintain a § 1983 action for a violation of the prohibition against cruel and unusual punishment and to show that a prison official acted with deliberate indifference to serious medical needs, the inmate must satisfy both an objective and a subjective inquiry. Taylor v. Adams, 221 F.3d 1254, 1257 (11th Cir.2000); Adams v. Poag, 61 F.3d 1537, 1543 (11th Cir.1995). First, a plaintiff must set forth evidence of an objectively serious medical need. Taylor, 221 F.3d at 1258; Adams, 61 F.3d at 1543. Second, a plaintiff must prove that the prison official acted with an attitude of "deliberate indifference" to that serious medical need. Farmer, 511 U.S. at 834, 114 S.Ct. 1970; McElligott, 182 F.3d at 1254; Campbell, 169 F.3d at 1363.

### i.     Serious Medical Need

A serious medical need is considered "one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." Farrow v. West, 320 F.3d 1235, 1243 (11th Cir. 2003) [quoting Hill v. DeKalb Reg'l Youth Det. Ctr., 40 F.3d 1176, 1187 (11th Cir. 1994)]. Such a medical need must be "one that, if left unattended, 'pos[es] a substantial risk of serious harm.'" Taylor v. Adams, 221 F.3d 1254, 1258 (11th Cir. 2000) *quoting* Farmer v. Brennan, 511 U.S. 825, 834 (1994).

Based upon the diagnosis and treatment of Flowers during his incarceration in the Montgomery Municipal Jail, it appears that Flowers had some medical needs; the jail physician, Dr. Marcial Mendez, diagnosed Flowers with hypertension and type 2 diabetes, and ordered a mental evaluation for him, noting that he was bipolar. *(DX 4 Affidavit of Marcial Mendez) (DX 2, p. 12-13Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Flowers was also treated on five separate occasions for less serious complaints—toenail problems, insect bites, a loose tooth, and shoulder and leg pain. *(DX 2, p. 11-12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* These latter complaints arguably do not meet the serious medical need standard.

### ii.     Deliberate Indifference

"A prison official cannot be found deliberately indifferent under the Eighth Amendment 'unless the official knows of and disregards an excessive risk to inmate health or safety; the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference.'" Farrow, 320 F.3d at 1245 (quoting Farmer v. Brennan, 511 U.S. 825, 837 (1994)) (emphasis removed). "Deliberate

indifference has three components: (1) subjective knowledge of a risk of serious harm; (2) disregard of that risk; (3) by conduct that is more than mere negligence." McElligott v. Foley, 182 F.3d 1248, 1255 (11th Cir. 1999). ("Medical treatment that is 'so grossly incompetent, inadequate, or excessive as to shock the conscious or to be intolerable to fundamental fairness' constitutes deliberate indifference.") Adams v. Poag, 61 F.3d 1537, 1544 (11th Cir. 1995) [quoting Rogers v. Evans, 792 F.2d 1052, 1058 (11th Cir. 1986)].

The medical care provided to Flowers was responsive and adequate in all respects. Dr. Mendez treated Flowers on five separate occasions; the first time being on December 13, 2006, within two days of his incarceration in the jail. *(DX 2, p. 13 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* The notes from this visit indicate Flowers had been off his medication and had a history of being non-compliant. *(DX 2, p. 13 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Dr. Mendez diagnosed him as a hypertensive with type 2 diabetes, prescribed Glucophage and Depakote, and ordered a mental health evaluation. *(DX 2, p. 13 Montgomery Municipal Jail Inmate Records for Calvin Flowers).*

Dr. Mendez treated Flowers again on January 18, 2007. *(DX 2, p. 12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* In this visit Dr. Mendez examined Flowers and continued his medications. Inmate records indicate that Flowers had been giving the nurse a difficult time with his diabetic medications; some days he would take them and some days he would not. *(DX 2, p. 60, & 81 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Dr. Mendez advised Flowers of the importance of taking the medications as directed. *(DX 2, p.12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).*

Dr. Mendez treated Flowers again on February 7, 2007. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Flowers' chief complaints were toenail

problems, a loose tooth, and pain in the left shoulder and right leg. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. Mendez recommended observation of the toenails and referred Flowers to a dentist for the loose tooth. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. In regard to his shoulder and leg pain, Mendez discontinued his Ultram and prescribed Motrin for his pain. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. In addition to the prescription for Motrin, Mendez prescribed Benadryl for his occasional itching. *(DX 2, p. 11 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*.

Mendez next treated with Flowers on March 8, 2007, wherein he refilled his medications. *(DX 2, p. 10 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*.

Dr. Mendez last treated with Flowers' on March 22, 2007, wherein his chief complaint was a boil on his thigh. *(DX 2, p. 9 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*. Mendez diagnosed Flowers as having a probable abscess, recommended warm soaks, and prescribed Keflex. *(DX 2, p. 9 Montgomery Municipal Jail Inmate Records for Calvin Flowers)*.

Flowers has failed to state any claim that rises to medical treatment so egregious or inadequate to "shock the conscious or to be intolerable to fundamental fairness." Adams v. Poag, 61 F. 3d 1537, 1544 11th Cir. 1995). Flowers alleges that he was denied proper medical treatment for "different ailments." Every request Flowers made to receive medical treatment was granted, and while he did have diabetes and hypertension, none of the requests he made were for serious medical problems. There is no indication or recollection that Flowers was ever denied medical treatment. To the contrary, he saw the doctor at least five times, was written at least ten prescriptions [Glucophage, Depakote, Ultram, Lisinopril, Metformin, Glipizide, Thiamin,

Motrin, Benadryl, and Keflex *(DX 2, p. 12 Montgomery Municipal Jail Inmate Records for Calvin Flowers)* and was monitored by the nurse for his blood pressure, blood sugar and medication compliance.

If anything, Flowers was non-compliant with taking the medications he was prescribed. Dr. Mendez discussed the importance of taking the medications as directed with Flowers. *(DX 2, p. 12 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* The jail records also indicate that Flowers had been giving the nurse a difficult time with his diabetic medications; some days he would take them and some days he would not. *(DX 2, p. 60, & 81 Montgomery Municipal Jail Inmate Records for Calvin Flowers).*

### iii. Food Poisoning

Flowers also alleges that he was "food poisoned" and "not sent to a hospital." Records indicate that Flowers did complain of "food poisoning" on December 16, 2006, at approximately 11:30 p.m. *(DX 2 p. 53 Montgomery Municipal Jail Inmate Records for Calvin Flowers)* Flowers treated with Nurse Davis at approximately 5:15 a.m. and 2:23 p.m. on December 17, 2006. *(DX 2 p. 80 Montgomery Municipal Jail Inmate Records for Calvin Flowers).* Flowers made no mention of "food poisoning" in these visits. Flowers' allegation does not amount to a constitutional violation for cruel and unusual punishment. Nor does this condition pose a risk of serious harm such that a finding of deliberate indifference would be justified. None of the jail officers and/or nurses intentionally or recklessly disregarded any serious medical need Flowers may have had.

### B.    "Punitive Cell"

Flowers alleges that he was put in a "punitive" cell and given one meal a day for two days. *(DX 1, Affidavit of Willie Collins).* While Flowers was incarcerated at the Montgomery

Municipal Jail, he was moved periodically to a cell known as the "punitive" cell. *(DX 1, Affidavit of Willie Collins)*. This is a cell where inmates are housed for various reasons including violations of Montgomery Municipal Jail rules. *(DX 1, Affidavit of Willie Collins)*.  Flowers' violations included assaulting Defendants McRay and McKenzie by throwing hot grits on them. *(DX 4 and 3, Affidavits of O.D. McKray and S. McKenzie)*.  Flowers was also placed in the punitive cell for throwing urine and feces and flooding his cell.  *(DX 3, Affidavit of MJCO McKenzie)*.  While inmates are incarcerated in the "punitive" cell, they are given three meals a day.  *(DX 1, Affidavit of Willie Collins)*.  Depending on the rules violation, the inmate may receive his meal in a sack, but he is still given his three meals a day. *(DX 1, Affidavit of Willie Collins)*.

Where an inmate challenges the conditions of his confinement, the court must decide whether prison officials were "deliberately indifferent" to his health or safety. Fountain v. Talley, 104 F.Supp.2d 1345, 1350 (M.D. Ala. 2000).  Solitary confinement *per se* is not cruel and unusual.  Novak v. Beto, 453 F.2d 661, 665 (5th Cir. 1971).  The common thread in solitary confinement cases is the deprivation of the basic elements of hygiene.  Id. (holding that solitary confinement in which the inmate was confined to a lightless cell, with limited bedding and minimal food, did not constitute cruel and unusual punishment).

Flowers demonstrated that he was a safety risk to jail officers and others by throwing hot grits on Defendants McKray and McKenzie.  Flowers also created a health/safety risk by throwing urine and feces in his cell and by flooding his cell.

As to Flowers' claim that "I was not allow [sic] to contact my family or bond out when I had the money, everyone was allow to attend court dialy [sic], not me," the records indicate that he was a post-conviction inmate and not subject to bonding out.  It is

also obvious—and without need of address—that every convict in the jail is not allowed to attend court daily.

### III.     FOURTH AMENDMENT SEIZURE CLAIM

The plaintiff claims that some of his "personal papers" were unlawfully seized and discarded.   On the issue of the applicability of the Fourth Amendment to seizures of articles from a prison cell, the United States Supreme Court has said,

> Assuming that the Fourth Amendment protects against the destruction of property, in addition to its mere seizure, the same reasons that lead us to conclude that the Fourth Amendment's proscription against unreasonable searches is inapplicable in a prison cell, apply with controlling force to seizures. Prison officials must be free to seize from cells any articles which, in their view, disserve legitimate institutional interests.

Hudson v. Palmer, 468 U.S. 517, 526, 104 S.Ct. 3194, 3200, N.8 (1984).

As stated above, when Flowers was moved to the "punitive" cell, his personal items were removed from his cell and placed in a locker with his name on it for identification.   *(DX 3, Affidavit of Sylvester McKenzie)*.   When he was placed back into population, he received his personal items from his locker.   *(DX 3, Affidavit of Sylvester McKenzie)*.   The only exception was when Flowers was placed in the punitive cell for urinating throughout his cell and throwing feces.   In that event, his cell, along with any contaminated personal effects, would then become a health/safety biohazard.   *(DX 3, Affidavit of Sylvester McKenzie)*.   Policy would dictate that Flowers would be immediately removed to the "punitive" cell and his cell cleaned.   *(DX 3, Affidavit of Sylvester McKenzie)*.   Any items which were soiled would have been removed and placed into a bin for hazardous materials and disposed of as hazardous waste.   *(DX 3, Affidavit of Sylvester McKenzie)*.   While there is no record or independent recollection of discarding the documents, it is not unlikely that this would have occurred on this occasion.

12

IV.        QUALIFIED IMMUNITY

Officers McKenzie, McKray, Welch, Bailey, and Smith are all Municipal Jail Corrections

Officers for the Montgomery Municipal Jail and as such are employees of the city of

Montgomery.  Qualified immunity is intended to protect government actors performing

discretionary functions from being sued in their individual capacities.  Wilson v. Layne, 526 U.S.

603, 609, 119 S.Ct. 1692 (1999).  While none of their actions directly affected Flowers and his

medical treatment, these officers are nonetheless entitled to qualified immunity.  In addition,

there is nothing in the Complaint to suggest that they were acting in anything but their

discretionary authority.  The doctrine of qualified immunity, therefore, should operate to shield

each of these defendants from litigation in this action.

Respectfully submitted this the 7th day of December, 2007.

Wallace D. Mills (MIL 090),
Assistant City Attorney

**OF COUNSEL:**
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a copy of the above and foregoing Response and
Written Report to the following by electronic mail or placing a copy of same in the United States
Mail, postage, prepaid, this 7th day of December, 2007:

Calvin Flowers
09518-002
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1033
Coleman, FL  33521

13

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CV-553 |
| | ) | |
| OFFICER McKENZIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF WARDEN WILLIE COLLINS

Before me, the undersigned authority, personally appeared Willie Collins, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is Willie Collins. I am over nineteen years of age. I have been employed with the City of Montgomery as Warden of the Montgomery City Jail since December 7, 2001. It is in that capacity that I state the following:

1.     Calvin Flowers' was most recently incarcerated at the Montgomery Municipal Jail from the dates of December 11, 2006 through May 3, 2007.

2.     During this incarceration, Flowers filed 8 inmate grievances for various charges.

3.     Flowers' first grievance during this incarceration was on January 9, 2007, wherein he listed various allegations. He made no accusations of being denied medical treatment and only one in relation to any type of seizure. This grievance alleged a theft of property by two Municipal Jail Corrections Officers ("MJCO"). The officers named were MJCO Smith and Reeves. Flowers alleged that his "papers" were taken and not returned when he was sent to the drunk tank.

DEFENDANT'S
EXHIBIT
DX 1

4.    Flowers submitted 3 grievances on January 10, 2007.  These grievances alleged various things including theft of property, cruel and unusual punishment, and a complaint against Nurse Moore.  In addition, there was an allegation that MJCO Smith and Reeves came into Flowers' room and took his personal belongings.  The allegation against Nurse Moore stated that she would not take his blood sugar and blood pressure.

5.    Flowers filed another grievance on January 13, 2007, wherein he alleged he did not receive his food tray on January 11, 2007.

6.    On January 25, 2007, Flowers filed another grievance alleging cruel and unusual punishment along with various other things.  Flowers requested to be moved back to the #2 cell and a shower along with other requests.

7.    While Flowers was incarcerated at the Montgomery Municipal Jail he was moved periodically to a cell known as the "punitive" cell.  This is a cell where inmates are housed for various reasons including violations of Montgomery Municipal Jail rules.

8.    Flowers was housed in the "punitive" cell for many different rules violations.  These violations included assaulting a MJCO by throwing hot grits on him, throwing urine and feces, and flooding his cell.

9.    When an inmate is moved to the "punitive" cell, his personal items are removed from his cell and placed in a locker with his name on it for identification.  When the inmate is placed back in population, he receives his personal items from his locker.

10.    When an inmate urinates throughout his cell and/or throws feces, his cell then becomes a health/safety violation.  The inmate is immediately removed to the "punitive cell" and his cell is cleaned.  Any items in the inmate's cell that are soiled are removed and placed into a bin for hazardous materials.

11.    When the cells are cleaned the documentation that is soiled is not read for content. It is immediately placed into the hazardous material container and discarded immediately.

12.    Any paperwork that Mr. Flowers is missing may have been contaminated and disposed of as hazardous waist.

13.    When inmates are incarcerated in the "punitive" cell, they are given three meals a day.  Depending on the rules violation, the inmate may receive his meal in a sack. However, he is still given his three meals a day.

14.    Further, any medical concerns that Mr. Flowers had were communicated to the medical staff for evaluation, and he was placed on the physician's list for his concerns.

I have read the above and foregoing affidavit consisting in total of three (2) pages and state that it is true and correct to my present knowledge and information.

_____
Willie Collins, Warden


**SWORN to and SUBSCRIBED before me this the** _4th_ **day of December, 2007.**


_____
Notary Public
My Commission Expires _March 17, 2009_

INMATE GRIEVANCE

**FLOWERS, Calvin**

04/06/07

This is in response to your grievance in which you appeal the decision of the hearing committee and you are requesting a "lighter sentence." You based your request on the following:

      * You did possess the medication but it was not for distribution.

      * The pill would have put you to sleep during your court appearance.

      * There was no narcotic, paraphernalia, intoxicant etc.

However based on your own admission you misused or had in your possession medication that was unauthorized for retention, your case will be reviewed. However, based on your admission of guilt, your previous disciplinary action and the repeated negative behavior will not reflect positive on receiving any relief from isolation. It is felt that an approval for any relief from isolation at this time would depreciate the seriousness of the offense and promote disrespect for the law, policies and procedures.

Therefore, your request for leniency at this time is denied.

W.R. Collins, Jail Administrator

000000

DEFENDANT'S EXHIBIT
2

MONTGOMERY MUNICIPAL JAIL
INMATE GRIEVANCE FORM

INSTRUCTIONS:

Fill in all the information requested down to the bottom line. In
Describing the grievance or complaint, give as much information as
possible. List the names of any persons involved, the date or dates of
any relevant events. The specific location of the events or conditions.
When you have finished filling out the form, give it to a jail staff
member.

INMATES: Colvin Flowers          DATE: 5 April 07

GRIEVANCE: The dicision of the comittee was wrongly worded, to
harsh punishment. I only admitted possesion of my own
medicine one pill

DATE OF EVENT OR CONDITION: 04/04/07

TIME OF EVENT OR CONDITION: 0400

PLACE OF OCCURANCE : 5 cell MCJ

GIVE DETAIL: I was request A lighter sentence for possesion of my
own medication. I did possess my 100 miligram sequil
tab on 4/2/07. as for As distibution, It was only one
tablet I had no intension of distribution, It was to be take
later. I went to court that day, this pill would have put me
to sleep, I did not need to be asleep or drowsy. I need to
be Alert and aware of my Questioning and answer on the
Deferce and prosecution, The testimonies given I need to be Alert
and aware for my benefit And For Future references, There was no use
of Narcotics or Any other drug, NO possesions paraphendia. I had
WITNESSES: NO intoxicant artifisial or otherwise.

McCRAY                        OFFice Pilfour
OFFicer Welch                 Marshals Tatum
OFFicer Moore                 OFFicer Oliver

INMATES SIGNATURE: Colvin Flowers        DATE  5 April 07

This decision was made by And officer who already
has (lied on me) poisoned me And has hatred in his heart For m
(Incourt)          (OFFicer McCray Senior officer)

0000311

INMATE GRIEVANCE

**FLOWERS, Calvin**

03/09/07

This is in response to your grievance in which you allege your rights were violated. You allege that you were told by a staff member that there were no handbooks, no printouts posted on the walls therefore you are not guilty. You further stated that the three days to go to a committee for a hearing and no one consulted you about the violation.

Whereas you did not provide supporting evidence naming the officer who you claim gave you this unsupported information, and you were given a copy of the report, therefore, you were notified about the violation.

Based on this information, your appeal is denied.

W.R. Collins, Jail Administrator

Instructions:

Fill in all the information requested down to the bottom line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of the relevant events, and the specific location of the events or conditions. When you have finished filling out the form, give it to a jail staff member.

(PLEASE PRINT CLEARLY)

Inmate(s): _Calvin Flowers_    Date: _8/7/07_

Grievance:

Date of event or condition: _6/7/07_

Time of event or condition: _2210, 10:00 Am_

Place of occurrence: _MCJ_

Give detail of grievance:

I was given a Displenary From MRS Abner about 10:00 Am That says that I abused commissary privileges My concept of Store purchases were (that) I could spend $65.00 Each store order; I was told This by a staff Member. There are No inmate Handbooks and there are No print outs posted on the wall. so where are the guide lines; rules and regulations to Store pur- chases or anything concerning the guideline And the procedures of Running and orderly Jail, who can read Between lines.

Witnesses: 

| | Inmates |
|---|---|
| Officer Cohen | Sam McMoan |
| Officer MyRick | Officer Burns |
| Timothy King | Anthony Williams |

Inmate signature: _Calvin Flowers_    Date: _3/7/07_

3 Days to Respond

I had 3 days to go to a Committee. 8 hours Laters There was a hearing held I Knew no thing of IT. No one consulted me about my violation is this Justice.

000003

INMATE GRIEVANCE

**FLOWERS, Calvin**

01/17/06

This is the response to your grievance in which you allege that you did not receive a food tray; you also requested to call home so you can get someone to visit you. Finally you state that you do not have stamps to write the bank.

Your allegation that you did not receive a food tray was researched. Because you did not say when this occurred it was not addressed. However, you were placed on bag lunch recently because you assaulted an officer by throwing hot grits on him.

Your request to call home is denied. You are currently in disciplinary status which excludes personal telephone privileges. Regarding stamps to write, you must make a request in writing to the Commissary Clerk explaining that you are without any money.

Your grievances were addressed and this is my response

W.R. Collins, Jail Administrator

# INMATE GRIEVANCE FORM

Instructions:

Fill in all the information requested down to the bottom line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of the relevant events, and the specific location of the events or conditions. When you have finished filling out the form, give it to a jail staff member.

## (PLEASE PRINT CLEARLY)

Inmate(s): _Calvin Flowers_                              Date: _____

Grievance: _I did not receive my tray on 1/11/06_
_And I did not receive smoke interview as_
[other party]

Date of event or condition: _1/11/07    1/12/07_    [In complet Discpring]
_on groubable_

Time of event or condition: _At 430 meal_    _Apprx 9 00 pm_

Place of occurrence: _M C J_

Give detail of grievance: _I did not get a tray from Officer James on_
_She gave it through Bars to an inmate I was issued_
_The Batheran I did not get the Smoke interview as_    _Smith_

_The Explanation Follows: Because I'm not affilated_
_With the employees I got mistread. That's very unpro-_
_fessional. Officer James handed my tray thru_
_the Bars I was told who took it I don't know. And Later_
_That night She gave marcus smith and Interview_
_For Fighting Docpferary. I heard a version his story_
_It isn't true but it's like lies. Then Last night true_
_Officer Reeves called him self interview me I Standed act,_
_About my hair gerry, I would like to Appeal for Decisor_

Witnesses: _Dwn of Disphinary Hearing_
_looking on who._

_Officer Reeves_                    _marcus_

_Officer Clack_                     _Kenny_

_Officer Cohor_                     _rastron marcus Smith_

Inmate signature: _Calvin Flower_        Date: _1/13/07_

Inmate Grievance Form

Cell Block 13 /c                                      Date 11/14/07

Administrative Request

My Request is as Follow

✓ I request Visitation

I request A phone call

Briefly State your Request

I would like to call home get some one to come
visit. I cannot get anyone on the phone
PO. I have money on my hold so I
need it. The Bank told me I need to write
them before they can sen money because
I.D. theft. Please let me call home
I Dont have stamp to write Bank.

officer Signature _____ Date _____ M

David White Booking

000096

INMATE GRIEVANCE

**Flowers, Calvin**

01/12/06

This is the response to your grievance in which you are requesting paper work because you do trust the jail filing process and you may need it for your defense.

Your request for specific information concerning your arrest and incarceration must be requested through legal channels,

Therefore, your request is denied.

*W.R. Collins*
W.R. Collins, Jail Administrator

**000007**

# INMATE GRIEVANCE FORM

Instructions:

Fill in all the information requested down to the bottom line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of the relevant events, and the specific location of the events or conditions. When you have finished filling out the form, give it to a jail staff member.

## (PLEASE PRINT CLEARLY)

Inmate(s): _Calvin Flowers_     Date: _1/10/07_

Grievance: _paper work submitted_

Date of event or condition: _1/10/07_

Time of event or condition: _900 Am_

Place of occurrence: _MCJ_

Give detail of grievance: _I submitted 7 different grievance forms for mo hearing._

_I need copies of those form or I need them Back so I can copie them myself I told Hunter that this morning I don't have my copies yet, please Bring my paperwork Back Because I don't trust your filing process, This very Important for my Denfense, Not yors_

Witnesses:

_Int Kenny Linsley_          _Supervize Abney_
_Inm moore_                  _Officer Hunter_
_Inm Cheezy_                 _Officer Jerkins_
                             _officer Maughma_

Inmate signature: _Calvin Flowers_     Date: _1/10/07_

CALVIN FLOWERS
DOB: 11/09/61

03/22/07:  City: Here today complaining of a "boil on his thigh".

PE:  He has an induration in the upper inner thigh just proximal to the groin.

A: and P:
1. Probable abscess.  Warm soaks for 20 minutes 4-5 times daily, KEFLEX 500 mg one p.o. t.i.d. x 10 days.  He has been advised to return if it does not improve in several days or if it should worsen.

_____
Marcial J. Mendez, M. D.
Montgomery City Jail

CALVIN FLOWERS
DOB: 11/09/61

03/08/07: Federal: He is here today requesting a refill on MOTRIN 800 for his arthritis and also some BENADRYL which he uses occasionally for itching at night.

A: and P:
   1. We will refill MOTRIN 800 mg one p.o. t.i.d. x 10 days prn pain, BENADRYL 50 mg one p.o. q.h.s. x 14 days  prn pruritus.
   2. NOTE: He also wants to be referred to the dentist. He has a loose tooth in the right upper dentition – we will go ahead and refer.


_____
Marcial J. Mendez, M. D.
Montgomery City Jail

CALVIN FLOWERS
DOB: 11/09/61

02/07/07: Federal: Here today complaining of "toenail problems". Also says he has a loose tooth. He is also complaining that his left shoulder and right leg are hurting from an old injury.

PE: His toenails are somewhat deformed but I do not appreciate any frank onychomycosis. The left shoulder and right upper leg have some general tenderness, but otherwise full ROM. Normal ambulation.

He does have a loose tooth in the right upper dentition.

A: and P:
1. Deformed toenails – we will observe for the time being.
2. Left shoulder, left upper leg pain secondary to old injury. We will discontinue the ULTRAM. I explained to him that he couldn't take ULTRAM indefinitely. We will give him MOTRIN 800 mg one p.o. t.i.d. x 10 days prn pain.
3. Loose tooth right upper dentition. We will send to the dentist. I explained to him that the City will not pay for this – it has to be at his expense and he fully understands this.
4. NOTE: He also says he has occasional itching and wanted HYDROCORTISONE Cream. We will give him BENADRYL 50 mg one p.o. t.i.d.. x 7 days prn pruritus.


_____
Marcial J. Mendez, M. D.
Montgomery City Jail

**000011**

CALVIN FLOWERS
DOB: 11/09/61

01/18/07: Federal: He is here today with multiple complaints. He is
bipolar. He is saying that he has multiple insect bites. He does have
multiple scars, which appear to be healed abscesses but nothing active. I
explained to him there is no need to take antibiotics. Also we received a list
of more medications that he is on. We will start him on these medications –
LISINOPRIL 10 mg one p.o. daily, METFORMIN 500 mg one p.o. b.i.d.,
GLIPIZIDE 10 mg one p.o. b.i.d., THIAMIN 100 mg one p.o. daily. We
will continue these for the next 60 days.

NOTE: He has given the nurse a difficult time with his diabetic medications
– some days he takes them and some days he does not. His blood sugars
have been at times over 200. I explained to him that he needs to take the
medications as directed.

He has been on DEPAKOTE 500 mg one p.o. t.i.d. we have given him this
until his records arrive. On the records that we did receive there is no
DEPAKOTE and the nurse says he does not take it regularly anyway so we
will go ahead and stop it.

We will also get him a mental health evaluation.

_____
Marcial J. Mendez, M. D.
Montgomery City Jail

000012

CALVIN FLOWERS
DOB: 11/09/61

12/13/06: City: He is here today complaining that he has severe PTSD. He has been off his medication. He has a history of non-compliance. Nurse informs me that he was thrown out of the VA Hospital for "acting out" both the VA at Tuskegee and Montgomery, and also Baptist. He is a diabetic and a hypertensive. Sugars have been running in the 200s. His blood pressure however has been satisfactory.

PE: BP – 130/80. Heart regular. Lungs are clear. Extremities - no edema. Neuro – he appears somewhat agitated.

A: and P:
1. Type 2 diabetes – GLUCOPHAGE 500 mg one p.o. b.i.d. x 30 days.
2. PTSD – we will get him a mental health evaluation. Restarted DEPAKOTE 500 mg one p.o. t.i.d. Check a level in seven days. He is also on SEROQUEL and ZYPREXA but I am not sure whether he has been taking these medications or not.
3. We will get him a mental health evaluation.


_____
Marcial J. Mendez, M. D.
Montgomery City Jail

# MEDICAL REQUEST

This form will be completed to see the physician or nurse. Also complete this form for over the counter medication or treatment items. i.e. Tylenol. band aids, ointment, etc.

Print Name: _Calvin Flower_ Date: _3/26/07_
Date of Birth _1/9/71_ Location _mt I_

Medical Request: _I need you to review my Prescription_
_for motrin and benadrill but please_
_me some motrin or your next medicate_
_found_

_____

_Calvin Flower_
Inmate Signature
Officer: _AM 1914_ Time: _0400_

## Medical Issues

__ Home medication
__ Outside medical appointments Date: _____ Time: _____

Contact: __ Physician/Clinic        __ Family/Friend
Name: _____        _____
Address: _____        _____
_____        _____
Telephone: _____        _____

### DO NOT WRITE BELOW THIS LINE

Date: _____         Date: _____
Time: _____         Time: _____
Allergies: _____         Receiving Nurse: _____

Assessment: _____
_____
_____

Plan: _____

Refer to: Physician   Mental Health   Emergency Room   Return to Clinic PRN
Circle One

000014

```
ntgomery Police Departm     AEGIS PUBLIC SAFETY SY  EM                    PAGE     1
DATE : 12/11/2006                                                         BK1220
TIME :  3:57:04              INITIAL CLASSIFICATION LISTING               SS1543
ORI #: AL0030100
```

```
BOOKING #        NAME                                   BOOKING DATE/TIME
==========================================================================
2006-00007986   FLOWERS,CALVIN,,                        12/11/2006 /  3:19:57
SEX: Male        D.O.B.: 11/09/1961   AGE: 45
```

EXAMINER: MCKENZIE,SYLVESTER,D,
BK - Int Cls Medical Intake/History/Rec.-Vis                ANSWER   REMARK
--------------------------------------------------------------------------

|  | Question | ANSWER | REMARK |
|---|---|---|---|
| 1. | Have you ever been treated for Asthma? | NO | |
| 2. | Have you ever been treated for Heart Trouble? | NO | NO Meds Mental |
| 3. | Have you ever been treated for high blood pressure | YES | Diabetic, HTN |
| 4. | Have you ever been treated for Diabetes? | YES | States he's been |
| 5. | Have you ever been treated for seizures/epilepsy? | NO | OFF Meds Since |
| 6. | Have you ever been treated for drug addiction? | NO | Oct 2006 |
| 7. | Have you ever been treated for alcoholism? | NO | See MD |
| 8. | Have you ever been treated for Tuberculosis? | NO | Refer to Mental |
| 9. | Have you ever been treated for venereal disease? | NO | Health |
| 10. | Have you ever been treated for kidney Trouble? | NO | |
| 11. | Have you ever been treated for ulcers? | NO | |
| 12. | Have you ever been treated for female problems? | NO | |
| 13. | Have you ever been treated for Sickle Cell? | NO | |
| 14. | Have you ever been tested for Hepatitus? | NO | |
| 15. | Have you ever been treated for Hepatitus? | NO | |
| 16. | Have you ever been tested for AIDS? | NO | |
| 17. | Have you ever been treated for AIDS? | NO | |
| 18. | Have you ever been treated for a mental condition? | NO | |
| 19. | Have you ever used or taken drugs? | NO | |
| 20. | Are you pregnant?  If so how many months. | NO | |
| 21. | Has anyone in your family ever attempted suicide? | NO | |
| 22. | Have you ever attempted suicide? | NO | |
| 23. | Is the inmate a suicide risk? | NO | |
| 24. | Does the inmate have any obvious pain? | NO | |
| 25. | Does the inmate have any obvious bleeding? | NO | |
| 26. | Does the inmate have visible signs of trama? | NO | |
| 27. | Does the inmate have obvious signs of illness? | NO | |
| 28. | Does the inmate require emergency care at present? | NO | |
| 29. | Does the inmate require doctor's care at present? | NO | |
| 30. | How were injuries received (yes/no then describe)? | NO | |
| 31. | Is there obvious fever or swollen lymph nodes? | NO | |
| 32. | Is there obvious jaundice? | NO | |
| 33. | Any evidence of infection that might spread? | NO | |
| 34. | Is the skin in good condition & free from vermin? | NO | |
| 35. | Does inmate appear to be under inf. of alcohol? | NO | |
| 36. | Does inmate appear to be under inf. of drugs? | NO | |
| 37. | Are there any signs of alcohol/drug withdrawal? | NO | |
| 38. | Does the inmate appear to be danger to staff? | NO | |
| 39. | Does the inmate appear to be a danger to others? | NO | |
| 40. | Are there any medications with the inmate? | NO | |
| 41. | Any medical problems which need attention? | NO | |
| 42. | Alguna vez a sido tratado para: | NO | |
| 43. | el asma? | NO | |
| 44. | Problemas del Corazon? | NO | |
| 45. | La alta presion? | NO | |
| 46. | la Diabetes? | NO | |
| 47. | Epilepsia o convulsiones? | NO | |
| 48. | la addiccion de drogas? | NO | |
| 49. | por ser alcoholico? | NO | |
| 50. | la Tuberculosis? | NO | |

000015

Montgomery Municipal Correction facility

# INMATE REQUEST FORM

*Then to*
*TO WARden Collins*

Name: ___Calvin Flowers___    Time: _____

Date: ___1/25/07___    Booking#: ___070944___

Cellblock: ___CE___

AT 100 pm OFFICER Franklin told me I was going to 4 cell — *Ask Mattie* *Why she sent* *cell money* *334-897-844* I'm still in 5cell this 9day I should have recieve money From home Today *I want to Know* *IF I received* *Any money*

Please check one of the following:

__ Charges/Bond Information    ✓ Money Information
__ Food Services   *MRS. Bibbs*    __ Property
✓ Hygiene items  *I would like lotion (tooth*    __ Recreation
         *tooth brush) deoderol (PASTE)*    __ TV Change
__ Mail    __ Visitation
    __ Other

✱ Request Molltrin From nurse Head Hurts (From beating on wall) conts hurt my consthaleg

## Briefly state your request (Please Print Clearly)

I Have completed my manditory 7days punishment FromThrowing grits on officer McKRae. I prefest I did not throw grits on MeKRae. I request a Change oF Venue OR to Removed Back to 2 cell. I also Request a shower THis (day) 3 without shower, I also Request Adrian Gun Be move OR me Because He Is/Beating on the wall day And night This does not HELP my mental condition It is Aggrevating It?

Request received by officer: _____   Date: _____  @ ___ hrs

### DO NOT WRITE BELOW THIS LINE FOR REPLY ONLY

There are people Impersonating me In this Jail who could have received my money

Date: _____   Time: _____

_____

_____

Request special Visit Form And The Special Visit From my mother

This form should be given to any correction officer.
Inmate request forms will be routed to the appropriate supervisor or Administrator.
Inmates will receive a copy when a written response is required.

Please Provide me with the Following:
1. I need A Phone call to abtain money And An Attorney (make App)
2. I Request A speedy hearing And Trial
3. I Need to speak with Mental Health THERAPIST And Social worker
4. I Need A change of location (JAIL) OR Change of Venue Prison

000016

Instructions.

Please Print clearly

Date 1/25/07

Inmates: Calvin Flowers         unsanitary conditions   SKANDER

- Grievance. mental cruelty/ mental anguish/ cruel unusual punishment
- Date of Event And Condition- 1/23/07   1/24/07   1/25/07
- Time of Event And condition  930 am   11:00 o'clock am   10:30 am
- Place of occurrance  montgomery city Jail

Give Details of Grievance: I am not Homicidal/not suicidal/
I am a little man'e but that will go Away with time And proper
medication and Diet. My complaints Are As follows:

I am Being punished For something I did not do. I did not Three
grits or assault mckyae. But I have been punished And I Am face
lug Any assault charge in District court. This is Double Jeopardy, But
Any way/I have serve my 7 days punishment and I want to go Back to
2 cell or the Annex. They say I am going to 4 cell P.C. I don't
Need Protective/Custody I don't have enemies in General population
I (have) enemies on the staff. I know that going to four cell is a Set
up, I will have enemies when I get there thats how this organization
works. When I went to 4 cell in 2005 I had to Fight the whole cell. Last T...
I came to 3cell on 12/28/06. I stayed 12 Days with no write up or
reasonable complaint from staff. The staff won't Feed me according
to my deit they Arrass me/Tell Lies on me and keep me from
the phone I am not indigent. I have children in college I have
9 or 10 kids who need me. I am not A felon And never will be unless
I kill some one/mckrae and mckenzie are my enemies keep them
Am
Witnesses:                                                  franm
OFFicer Moore              OFFicer McKenzie
OFFicer marsha]            OFFicer Bostion
Inmate marcus smith        OFFicer Harris
officer clark                  "    Hunter
Inmate Antonio Burton                Franklen

Inmate signature Calvin Flowers Date 1/25/07
- I need A shower Before I go to 4 cell Harrison did not Give me
  one or 1/24/07   I have 3000007 say, Request speedy trail and Hearing
- I have spent 9 days in lockup only had 7 days

Instructions:

Fill in all the information requested down to the bottom line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of the relevant events, and the specific location of the events or conditions. When you have finished filling out the form, give it to a jail staff member.

(PLEASE PRINT CLEARLY)

Inmate(s): Calvin Flowers                                     Date: 1/22/07

Grievance: Medical malpractice / mental cruelty / 1st order

Date of event or condition: 1/12/07   1/13/07

Time of event or condition: 415 pm / 415 pm   and all night Saturday night

Place of occurrence: Montgomery City Jail

Give detail of grievance: my life was in danger because second shift staff Refuse to treat me for low blood Sugar I missed two Evening meals.

On 1/12/07 officer James gave my tray Through the hallway slot to inmate Lawson I washed my hands and he went to his room with my tray, He said it was his. And does get a special female I did not eat. The next day the 13th the Dark skin and Black female officer thick fat female Brought me my tray. As always like I Did McKonie I want to see what you have on my tray because I have eat one Sandwich twice once on 28 Dec 06 And once on 3 Jan 07 I have witness officer Dubose will vouch for the one egg Sandwich from mckenzie But the Black female officer shove the tray in my chest I Shoved Back The Tray went on the floor. I got nothing to eat my blood sugar Dropped after 12PM midnight I told Supervisor Bartley he did nothing And that is not the first time since 13 Dec 06 I was refuse Medical treatment if I had not read my tooth past treat had Glycerine in it I would have bottomed out I ate tooth paste till the nurse comes at 5000

Witnesses:

Nurse mother                          officer McKenzie

officer Moore                         officer Scott

officer Wallace                       officer Mckraw

Inmate signature: Calvin Flowers        Date: 1/22/07

000018

Inmate Request
Form

Time 8:00 pm

Booking # 07094

Name Calvin Flowers

To Warden Collins
After Mrs Bibb.

Date 1/22/07

Request to use
P.

Cell Block / C-S

\* Please Give Information on the Following: Below

1. MRS Bibb can I PLEAse have Information on any money that I receive on 1/22/07 or 1/23/07 I need 80.00 to Bond money can you call my mother At 334-897-5442 she is (send) the meat. she can you tell her how And Postal money order Require-ment

2. MRS Bibbs Can you Also Give me Hygine Items Deoderant/Lotio tooth paste. I stamp Evelope so I can write my Bank to send money they require request in writing

3. I need to get in Impound And send personal property Home My Brother is coming to get (clothing) And Impounded Property

Briefly State your request

I request Aphone call today my brother is trying to get A PWR of Attorney so he can handle my affairs, my mother has one but she is to old to handle my needs. I have an 80.00 Bond and I need the Feds to come and get me. I request medical pschiatric help because I have been off my medicat for 2 months. I Am Manic and PARANOID, my mother has $100.00 I don't know if she has the address if you want let me call you call 334-897-5442 (mattie) I con cover my Bond and Buy Nessinary and need hygiene, I want my property to go to my Brother Charley Frazier call him when it is ready (Als - here OK44) the number is listed. I need his Address. Please change my Diet back that Doctor order Ask nurse moore, I want my impound inventorted so I can send it home.

Request Received by officer_____ Date_____ (A)

Date _____ Time_____ Do not write Below This Line For Reply Only

810000          000019

To Jail Administrator Collins, On the day in question I, MJCO James did in fact give inmate Flowers his dinner tray. There is no way that I gave inmate Lawry inmate Flowers tray's due to the fact that both inmates get special trays, and at this date and time inmate Lawry was being housed in cell 3C and inmate Flowers was being housed in number 5 cell in one of the punitive cells.

MJCO James # 1562

# INMATE GRIEVANCE FORM

To the Warden

**Instructions:**

Fill in all the information requested down to the bottom line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of the relevant events, and the specific location of the events or conditions. When you have finished filling out the form, give it to a jail staff member.

## (PLEASE PRINT CLEARLY)

Inmate(s): Calvin Flowers          Date: 1/10/07

Grievance: Lies Told by two Officers / Dereliction of Duty / Theft of Property / Theft of privacy / Harassment  Cruel and unusual punishment

Date of event or condition: On or about

Time of event or condition: on or about 1930 to 2000

Place of occurrence: Montgomery

Give detail of grievance: My Bible, my Editorial Magazine, my 3 songs And a poem I wrote were taken by officer Soup Smith and Reeves and the Rest is P S

Follow:

I am a writer, A song writer, A book writer, A magazine Editor my writings are my joy my excitment and a well paying Job. But I just recently started to do something serious with it, before I was just kept in safe place & with promise to go tha with Plans I am 100% Diabled And my charge here is false. And then held me hostage not able to call the PO. So now I am in violation That does not bother me, my PO. understands me / we have Indept talks. I have never had a felony, But anyways I am A victim of Identity Theft And some she stole my dream. Smith and Reeves came into my room on or about 27 Dec 06 Took my personal belonging my 3 songs I just wrote my one poem about my daughter Brigette and my magazine which I am Editor my Bible which contain Deeds / Into / Business / Family Ties. Top Secret recipies. They key to me recovering my stolen good Please return my Property

Witnesses:
Officer Welch                        Officer Wallace

Officer Reeves                       Inmate Marlee

Officer James                        Officer Cohen

Inmate signature: Calin Flowers        Date: 1/9/07

(yesterday at Aproximately 7:30 pm or 1730 pm Tuesday )
(Mr. Smith came to my room and took all my property )

000021

LISTEN I Don't care about inmates Getting extra Food. city or county but what I do care About is ALL that Government Food and provision used To fuel the Fire of a Different Agenda.

SETSE and Decist,

OR

(I am US Army Retired)

I will show you the Worst part Of my Organization

MAURICE IS The Inmate ordaly in my cell

cell or cell every time I try to get something extra he stops me I know I am diabetic but the key to Diabetes IS Exercise. I have almost 18 years in the military And I know how and what to eat and When. I like a little extra. But if I can't get extra No one Else in that pod should So STOP maurice from bringing 6 OR 7 TRAYS I aceu making Friends For him And Enemies for me. Because I don't like to Beg Homo sexual or any one only

# INMATE GRIEVANCE FORM

Instructions:

Fill in all the information requested down to the bottom line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved. the date or dates of the relevant events. and the specific location of the events or conditions. When you have finished filling out the form. give it to a jail staff member.

## (PLEASE PRINT CLEARLY)

Inmate(s): __Calvin Flowers__    Date: __1/9/07__

Grievance: Slander, Invasion of privacy, Theft of property. Sexual Harassment. Jailer/Inmate are cousins resulting in Organize mental murder, or Organize Crime

Date of event or condition: __1/9/07  1/8/07__

Time of event or condition: __730 Am   4:15__   1/8/07

Place of occurrence: __Montgomery city Jail__

Give detail of grievance: Marcus Smith Has come to me voluntary on two different occasion before I went to the I cell and after. he talk to me and listened to me intensely like he was some one who had /similar Intellect/Intelligence

This ordeal was a set up from the begining I fight for intelligence

have been here 29, 30 days unable to use the phone max tank sent to I'ree cell because I asked about my property from marcel cousin Spru officer Smith. He and Reeves took my song and poems out of my room put me In the Drunk Tank I ask do take my property then card it would be there when I got Back It was gone. He said he does not want my songs and poems but gave it to NO It is the result of this Right. jealous people because I can write material that is worth money and have idea to make millions

Witnesses:

| | |
|---|---|
| Inmate Lowry | Officer Clark |
| Officer Dubose | Officer Reeves |
| Nurse Motley | Officer Taylor |

Inmate signature: __Calvin Flowers__    Date: __1/10/07__

# INMATE GRIEVANCE FORM

Instructions:

Fill in all the information requested down to the bottom line. In describing the grievance or
complaint, give as much information as possible. List the names of any persons involved, the
date or dates of the relevant events, and the specific location of the events or conditions. When
you have finished filling out the form, give it to a jail staff member.

## (PLEASE PRINT CLEARLY)

Inmate(s): _Calvin Flowers_    Date: _1/10/07_

Grievance: _Release of pentrate Information (Privacy Act) Malpractice_

Date of event or condition: _During year in the past Time unknw_

Time of event or condition: _I don't Know the exact Date of Identy Theft_

Place of occurrence: _Mandgomery City Jail_

Give detail of grievance: _There 3 diffent nurses and nurs here was her
Before but the one who release all of my
medical Records and ___ File C.30 case's?_

_I nurse Moore. That is the cause of attempted
Bodily harm that I have experienced here and
on the street. She is the only one of the Nurse
who won't take my Blood sugar and Blood Pressure
She has a medical center and Pharmicy in Conect.
New Britain, She has told people how to push my
Botton and to much of my personal Business_

Witnesses:

_Nurse Motley_              _Inmate Maurice_

_Nurse Davis_              _Inmate Cheezy_

_Inmate Lowery_              _Officer Scott._

Inmate signature: _Calvin Flowers_    Date: _1/10/07_

INMATES: Calvin Flowers    Theft of Prisoner    Theft of Property

GRIEVANCE: Lies Told by two Officers: Dereliction of Duty/Harrassment

Date of Event or Condition: 27 Dec 06    on or about

Time of Event or Conditions on or about 1930 to 2000

Place of Occurrence: Montgomery City Jail

Details of Grievance: my personal property was taken
: Officer Deboge:    when I sent to the Drunk Tank

Witnesses: MARISE    Officer Reeves Assured me that
Officer CLARK Fox: Officer Sam    my personal property would not be
Officer Welet    : Officer & Wall    tampered with/I still wanted to take
Officer Hopkin    : Officer Clark    it to the Drunk Tank he and Officer
Marie    : Officer Welch    Smith would not Allow that. The
28 Dec 06    : Officer Female    Description of my complaint is AS
Ask mrs Hop    Mrs Kng Supervisor    followes!
to retire.

On or About 27 Dec 2006.:
Officer Reeves and his supervisor Smith entering
room, They had just entered with there supervisor
Welch the Day Before, so thus the Second Search in 24 hrs
Each Time they take something. Different that Day
Before it was the tops of the Trays with names on them
Because they poison me and they got to may Signature
Name and special diets in my vacinity And I am a victim
of Identity Theft, I just had a revelation so I have to
change the direction of this complaint. Officer Smith just
came to my door and said he has my papers and Bible. But I
he walked off looking crazy. I dont Trust that. He said End
would like to see it. 1/9/07 At 730 This was word then
of Conversation, give me my papers so I can mail them
home. Any way I have made a lot of money that I dont
have and I am suppose to be decents or dead. And my life
Is in danger now. But the thing I write are gold or turn
to gold because I am a live do genious, any how. my Bible
Contains Information or property and deeds I [illeg]
ments I dont want divulged. Please give All Back to
me Even my Magazine which I Am Editor, Catman
that is me. Bobcat is my Allanson ERBA publication
Enterprise.

000025    1/9/07  [signature]

Montgomery Municipal Correction facility
## INMATE REQUEST FORM

Name: Calvin Flowers          Time: 10:00 pm

Date: 1/8/          Booking#: 070024

Cellblock: C/2

Please check one of the following:

__Charges/Bond Information          __Money Information
__Food Services                     __Property
__Hygiene items                     __Recreation
__Mail                              __TV Change
                                    __Visitation
                                    ✓Other    Returns of Property

### Briefly state your request (Please Print Clearly)

I need my paper to mail home my
music in your hands makes me Nervous
I don't trust you people. please give me
my Bible Back

Request received by officer: _____ Date: _____ @ _____ hrs

### DO NOT WRITE BELOW THIS LINE FOR REPLY ONLY

Date: _____ Time: _____

This form should be given to any correction officer.
Inmate request forms will be routed to the appropriate supervisor or Administrator.
Inmates will receive a copy when a written response is required.

000025    000026

**Name:** _____   **Time:** _____

**Date:** _12/30/06_   **Booking#:** _027044_

**Cellblock:** _C/5_

_MA practice_
_privacy fct_
_Release of Information_

Please check one of the following:

___ Charges/Bond Information   _____ Money Information
_✓_ Food Services   _____ Property
___ Hygiene items   _____ Recreation
___ Mail   _____ TV Change
   _____ Visitation
   _✓_ Other _Grievance_

_Change my Diet Back to 2000 calorie Diebeticmeal_

_[I am not getting a balanced meal] Grievance_

## Briefly state your request (Please Print Clearly)

_Nurse moore is a unprofessional uncaring person in the wrong field. If you cannot follow doctors orders you have malicious intent for the patient Health heal procedure And the medication are procribe. She refus to give Blood sugar and pressure test as ordered and if she does it is after not redering test no good no determination can be made with false readings_

**Request received by officer:** _____   **Date:** _____ @ ____ hrs

## DO NOT WRITE BELOW THIS LINE FOR REPLY ONLY

_False promises for next time_

**Date:** _____   **Time:** _____

_my correct medicine is at those No # 393-9128 or 389-4521_
_Home        Brother_

_Ramesh_
_Serogil_
_Insuline_
_Metphormine_
_Lovelacs_
_motric_
_Antibio ointment_
_Hydrocortisone Cream_
_Foot cream Probiotics_

_MRS moore won't call you refuse that me on the phone_

### This form should be given to any correction officer.
Inmate request forms will be routed to the appropriate supervisor or Administrator.
Inmates will receive a copy when a written response is required.

_check records of MRS Davis blood sugar and pressure against 000027 moore 7 daily shows low sugar high Blood_

Page 2.                     Colon Moorer:

- I Request to send personal effects home in wall locker and in Impound.

- wish to Inventory Impounded personal effects home in wall locker And in Impound.

- Wish to Inventory Impounded personal effects

- I have some discrepencies, after send home

- I want my business cards And numbers out of my personal property, For Future Business Reference

- I request all calling cards be sent home also all business cards.

- I request social worker For Mental Health to make calls and Appointments

- I request to see private medical Doctor Harry Garves number in book.

- I request Psychological Services from Private Source

- I request to speak to pro bono lawyer for mental health in this Area. At A Peus,

Request Nurse Moore Be Reprimanded for pos For unProfessionalism, And being Party to Direct and organized crime

6 Request Berterwise right the wrong he did yesterday 9/29/06

- Request to be moved out of Isolation there Is An open window that a passaway signals danger to m

I have not been Written up ever

000028

# INMATE DISCIPLINARY REPORT

Inmate
Name: CALVIN FLOWERS _____ # 2007- _____ Location: ANNEX POD C4 _____

Date of alleged offense: 05/02/07 _____ Time of alleged offense: 1315 _____

VIOLATIONS: ASSAULT OR ATTEMPTING TO ASSAULT ANUOTHER PRISONER, VISITOR, OR # CH.19C-3 ____
ANY MEMBER OF STAFF PG 27. _____ # _____
_____ # _____
_____ # _____
_____ # _____

Facts about
Violations- ON 05/02/07 AT APPROXIMATELY 1315 HOURS INMATES WITHIN ANNEX POD C4 MADE
COMPLAINTS AGAINST FEDERAL INMATE CALVIN FLOWERS TO OFFICER FRANKLIN. OFFICER FRANKLIN
ENTERED POD C4 TO INVESTIGATE THE COMPLAINTS. AT THIS TIME FEDERAL INMATE CALVIN FLOWERS
CAME OUT OF THE SHOWER DIRECTLY TO FEDERAL INMATE CHARLES EDWARD JONES AND STABBED HIM
WITH AN SHARPENED DOWN TOOTH BRUSH TO THE SHOULDER BREAKING THE INMATES SKIN. OFFICERS
FRANKLIN AND HARRISON IMMEDIATELY REMOVED FEDERAL INMATE CALVIN FLOWERS.

REPORTING OFFICER FRANKLIN#914
SHIFT SUPERVISOR: A.J.TAYLOR#557
INMATE'S SIGNATURE: Refused to Sign
DATE AND TIME: 05/02/07
WITNESS: L.HUFFMAN/M.JENKINS/C.HARRISON
You have the right to a written statement of charges no less than 24 hours before the Hearing.
You will be notified of the hearing time.
You may- request a witness or witness statement when you receive your copy of the allegation.
You will be provided a copy of the Hearing Committee decision
A hearing will be held within 72 hours from time of placement in detention. excluding holidays,
weekends and emergencies.
You have 24 hours to file a grievance upon receipt of the decision of the Hearing Committee.

# INMATE DISCIPLINARY REPORT

Inmate
Name: _Calvin Flowers_            #_06·7986_ Location: _C-4/RM-217_

Date of alleged offense: _4/29/07_            Time of alleged offense: _2037 hrs._

VIOLATIONS:  Willfully destroying, altering, or damaging city property or property of another        # _25-7_
_____  # _____
_____  # _____
_____  # _____
_____  # _____

Facts about
Violations-  On the above date and time the listed inmate was to be in possession of property belonging to the City of
          Montgomery. The item has been destroyed, altered, or damaged all of which are contrary to the rules and
regulations of the jail. The above offense is a Serious Violation according to the jail handbook. _The Towel WAS_
_TORN AND AT THIS TIME ARE ASKING FOR REIMBURSMEN_
_FOR THE CITY Towel THIS WRITE up WILL BE TURNED_
_OVER TO THE ACCOUNTS MANAGER._

REPORTING OFFICER: _K. M. Cohen_ #_1841_
SHIFT SUPERVISOR: _J. Cwell, 301_
INMATE'S SIGNATURE: _Refused to Sign_
DATE AND TIME: _4/29/07   23:00 hrs._
WITNESS:
You have the right to a written statement of charges no less than 24 hours before the Hearing.
You will be notified of the hearing time.
You may request a witness or witness statement when you receive your copy of the allegation.
You will be provided a copy of the Hearing Committee decision
A hearing will be held within 72 hours from time of placement in detention, excluding holidays,
weekends and emergencies.
You have 24 hours to file a grievance upon receipt of the decision of the Hearing Committee.

## MONTGOMERY MUNICIPAL JAIL
## INMATE HEARING FORM

DATE: 5/2/07                                    BOOKING # 06-7986

TO INMATE: Calvin Flowers

You are hereby notified that the Hearing Committee has reviewed your case and the following decision has been rendered:

☐  You have been found not guilty of the alleged rules infraction and no disciplinary action will be taken against you.

☒  You have been found to be guilty of rule infractions as charged, and the following disciplinary action shall be taken against you:

25-7 Willfully DESTROYING OR ALTERING CITY PROPERTY
Mr. Flowers will be required to reimburse the city for one (1) towel

The decision of the Hearing Committee was based on the following evidence:
Staff Statement.

COMMITTEE MEMBERS
Q Burns # 1877
E. Huffman # 894

A copy of this notice was served on the above mentioned inmate on:
May 2, 2007
AT 0500 HOURS
BY: Q Burns 1877

NOTICE: You are hereby advised that if you do not agree with the decision of the committee, you have the right to appeal to the Jail Administrator for a review. Your request must be in writing and must outline your reasons for requesting the review.

000031

# INMATE DISCIPLINARY REPORT

Inmate Name: *Flowers, Calvin* # 7986  Location: *S-cell punitive*

Date of alleged offense: *1-19-07*    Time of alleged offense: *05:30*

VIOLATIONS: Detaning or destroying jail property — #5 R325 Section t
Or that of another. ✓ #R325 Section B
Any repeated minor violation within a reasonable #
amount of time shall be deemed a #
major violation #

Facts about Violations-
On 1-19-07 approx. 0527 I, officer D. DuBose escorted B/M Calvin Flowers to the nurse station. Upon my arrival I notice Mr. Flower mat was torn and the cushion was protruding out. Mr. Flower attempted to stuff the cushion back in the mat. This is Mr. Flower second offense involving the destruction of jail property.

I, officer D. DuBose believe Mr. Flower should paid restitution for the article in question.

REPORTING OFFICER *D. DuBose* #1755
SHIFT SUPERVISOR: *A. Allen*
INMATE'S SIGNATURE:
DATE AND TIME: *1-19-07 + 0605*
WITNESS:

You have the right to a written statement of charges no less than 24 hours before the Hearing.
You will be notified of the hearing time.
You may request a witness or witness statement when you receive your copy of the allegation.
You will be provided a copy of the Hearing Committee decision
A hearing will be held within 72 hours from time of placement in detention, excluding holidays, weekends and emergencies.
You have 24 hours to file a grievance upon receipt of the decision of the Hearing Committee.

000032

MONTGOMERY MUNICIPAL JAIL
INMATE HEARING FORM

DATE:01-21-07

TO INMATE: CALVIN FLOWERS

You are hereby notified that the Hearing Committee has reviewed
your case and the following decision has been rendered:

_____ You have been found not guilty of the alleged rules
infraction and no disciplinary action will no taken against
you.

X

_____ You have been found to be guilty of rules infraction  as
charged, and the following disciplinary action shall be taken
against you.

DEFACING OR DESTROYING JAIL PROPERTY-7 DAYS
ANY REPEATED MINOR VIOLATION WITHIN A REASONABLE AMOUNT
OF TIME SHALL BE DEEMED A MAJOR VIOLATION. 7 DAYS.

JANUARY 21,2007 THROUGH FEBRUARY 03,2007

PERPONDERANCE OF EVIDENCE

COMMITTEE MEMBERS                    A COPY OF THIS NOTICE WAS
J.BESTEDER 1165                      SERVED ON THE ABOVE MENTIONED
K.KEARNS  895                        INMATE ON :01/21/07  1400HRS
E.HUFFMAN 894
                                     E.HUFFMAN 894

NOTICE: YOU ARE HEREBY ADVISED THAT IF YOU DO NOT AGREE WITH THE
DECISION OF THE COMMITTEE YOU HAVE THE RIGHT TO APPEAL TO THE
JAIL ADMINISTRATOR FOR A REVIEW. YOUR REQUEST MUST BE IN WRITING
AND MUST OUTLINE YOUR REASONS FOR REQUESTING THE REVIEW.

# INMATE DISCIPLINARY REPORT

Inmate
Name: _Calvin Flowers_   # _7986_   Location: _2 cell_

Date of alleged offense: _01/15/07_   Time of alleged offense: _0525_

VIOLATIONS: _Throwing Food or eating utensils_   # _#25_

# _____

# _____

# _____

# _____

Facts about
Violations- _On 01/15/07 around 0525 Fed. Inmate Calvin
Flowers threw a bowl of hot grits on this writer right
arm while giving him a breakfast tray. Subject
was located in 2 cell. This is 2 nd times Fed.
inmate Flowers had threw a bowl of hot grits on
and Officer._

_____

_____

_____

_____

_____

_____

_____

REPORTING OFFICER _MC/Rey /#346_
SHIFT SUPERVISOR: _A.D Allen_
INMATE'S SIGNATURE: _refuse to sign._
DATE AND TIME: _1/15/07 / 0540_
WITNESS: _Off. Moore, McKenzie, IOS Allen_

You have the right to a written statement of charges no less than 24 hours before the Hearing.
You will be notified of the hearing time.
You may- request a witness or witness statement when you receive your copy of the allegation.
You will be provided a copy of the Hearing Committee decision
A hearing will be held within 72 hours from time of placement in detention. excluding holidays.
weekends and emergencies.
You have 24 hours to file a grievance upon receipt of the decision of the Hearing Committee.

MONTGOMERY MUNICIPAL JAIL
INMATE HEARING FORM

DATE:01-17-07

TO INMATE: CALVIN FLOWERS

You are hereby notified that the Hearing Committee has reviewed your case and the following decision has been rendered:

_____ You have been found not guilty of the alleged rules infraction and no disciplinary action will no taken against you.

    X

_____ You have been found to be guilty of rules infraction  as charged, and the following disciplinary action shall be taken against you.

THROWING FOOD OR EATING UTENSILS-  7 DAYS

DISCIPLINARY SANCTION WILL BE IN ISOLATION START JAN 17,2007 UNTIL JANUARY 23,2007.

STAFF STATEMENTS.
PERPONDERANCE OF EVIDENCE

COMMITTEE MEMBERS
L.HUFFMAN 746
W.FRANKLIN 914
C.HARRISON 831

A COPY OF THIS NOTICE WAS SERVED ON THE ABOVE MENTIONED INMATE ON :01/17/07   1400HRS

M.JENKINS 703

NOTICE: YOU ARE HEREBY ADVISED THAT IF YOU DO NOT AGREE WITH THE DECISION OF THE COMMITTEE YOU HAVE THE RIGHT TO APPEAL TO THE JAIL ADMINISTRATOR FOR A REVIEW. YOUR REQUEST MUST BE IN WRITING AND MUST OUTLINE YOUR REASONS FOR REQUESTING THE REVIEW.

MONTGOMERY MUNICIPAL JAIL
INMATE HEARING FORM

DATE:12-23-06

TO INMATE: FLOWERS,CALVIN

You are hereby notified that the Hearing Committee has reviewed
your case and the following decision has been rendered:

_____ You have been found not guilty of the alleged rules
infraction and no disciplinary action will no taken against
you.

X

_____ You have been found to be guilty of rules infraction  as
charged, and the following disciplinary action shall be taken
against you.

WILLFULLY THREW A BOWL OF HOT GRITS IN OFFICER MCKENZIE.
HE WILL BE LOCK DOWN IN CELL 2B.

DISCIPLINARY TIME WILL START DEC 23,2006 THRU DEC.30,2006..

STAFF STATEMENTS.
PERPONDERANCE OF EVIDENCE

COMMITTEE MEMBERS            A COPY OF THIS NOTICE WAS
E.MARSHALL #1500             SERVED ON THE ABOVE MENTIONED
W.FRANKLIN #914              INMATE ON :12/23/06   1200HRS

                            V.V.WATTS #734

NOTICE: YOU ARE HEREBY ADVISED THAT IF YOU DO NOT AGREE WITH THE
DECISION OF THE COMMITTEE YOU HAVE THE RIGHT TO APPEAL TO THE
JAIL ADMINISTRATOR FOR A REVIEW. YOUR REQUEST MUST BE IN WRITING
AND MUST OUTLINE YOUR REASONS FOR REQUESTING THE REVIEW.

# INMATE DISCIPLINARY REPORT

Inmate Name: _Calvin Flowers_    # _____    Location: _2 cell (8)_

Date of alleged offense: _12/20/06_    Time of alleged offense: _0530 hs._

VIOLATIONS: _Throwing Food or eating Utensils_ # _pg 25 B-13_
_____ # _____
_____ # _____
_____ # _____
_____ # . _____
_____ # _____

Facts about Violations- _On the above Date, Inmate Calvin Flower threw a bowl of hot grit on this writer S. McKenzie. Subject was lock down and a disciplinary report was filed._

REPORTING OFFICER _S. McKenzie_
SHIFT SUPERVISOR: _A.A. Allen_
INMATE'S SIGNATURE: _Refused to Sign_
DATE AND TIME: _12/20/06_
WITNESS: _A. Wallace, S. Darity_

You have the right to a written statement of charges no less than 24 hours before the Hearing.
You will be notified of the hearing time.
You may- request a witness or witness statement when you receive your copy of the allegation.
You will be provided a copy of the Hearing Committee decision
A hearing will be held within 72 hours from time of placement in detention. excluding holidays, weekends and emergencies.
You have 24 hours to file a grievance upon receipt of the decision of the Hearing Committee.

ANNEX

On 3/29/2007 @ 1700 hours Jumpers were washed in all three pods C-2, C-3 and C-4. C-1 jumpers were changed out on 3/28/2007 by officer Clark.

W.U. #139

BURNS/WILSON   3RD SHIFT                    COS A168

On 3/29/07 all equipment was accounted for, keys, taser, no cartridge, flashlight + 10 handcuffs. D.Burns 1877

On 3/29/07 laundry (plural) was done in C2.C3 + C4. After laundry bags were picked up, Inmate Woods in 132 called + stated we forgot his laundry bag. He was aware that he was to slide it under the door as usual. It was not out on the floor when Officer Wilson gathered laundry bags.        D.Burns 1877

On 3/29/07 showers were given in the Rec Room.        D.Burns 1877

On 3/30/07 Soap + tissue was passed out to each cell. Cells with 4 inmates received 3 rolls of tissue; cells with 2 or 3 inmates received 2 rolls of tissue. 1/2 bar was soap was distributed for each inmate. D.Burns 1877

On 3/30/07 Inmates Goodson, Hurdaw + Flowers were taken to the nurse to check blood sugar.        D.Burns 1877

177

02-10-07

Post 993 Personal Laundry was
done and passed out tissue.

A. Wallace #____

02-10-87 - Blk Prisoner Willie Bledsoe Add.
Kennedy Arrington was removed from south drunk
tank at 07:00 hrs.

Franklin 914

02-10-07 - Blk Prisoner David Hardy was Removed
From North tank At 10:00 hrs.

Franklin 914

On 2-10-07 At Approx 1050 hrs nurse moore was
doing pill Call In 4 cell she notice Inmate Calvin
Flower had A Red spot on left eye. He was pull out
and talk to by the supervisor and nurse, he said he h
not been Fighting and he had no enemies. he sign
a Protective Custody Form and was place back in 4 ce

J.L. Boatwin 1165

On 2-10-07 at Approx 11:00 hrs Inmate Thomas Hollis
stated that Inmate ADRIAN Gunn was keeping up to
much noise, banging and Pounding on the door
Inmate Hollis stated that he was on psychotic med-
ication and ask if he could be remove from 5 cell,
Inmate Hollis talk to the late nurse moore and 1st c__

000039

On 02
Lehra
Pris
I fo
White
be
over
Offi
bag
Pock

On 2-
Check
Book

2-

2-
At
acc
were
are s

On
in t

# 2-4-07 3rd Shift - Bailey

**Delayed Entry**

On 2/3/07 Inmate Jawarda Hubbard has complained about her left arm going numb & very painful. She has put in medical requests concerning this. She is now complaining that it is spreading to her right arm & she wants to go out to the ER. Officer Bailey said for her to do a medical request & he would give it to nurse Moore. He did this and nothing was done for Inmate Hubbard.

D. Burns 1877

## 2-4-07

At 0206 hrs. Inmate Calvin Flowers was allowed to check his blood sugar level which was 97. At this time he was given three packs of graham crackers and sent back to his cell.

M. Bailey 80?

On 02-04-07 B/M subject Battle, Earnest, Dewayne was placed in the north holding tank because he was booked for DUI.

_____

On 02-04-07 W/M subject William, Larry, Jr. was placed in the north holding tank, because he was markedly intoxicated prior to booking.

#1795

## 2-4-07

At 0330 hrs. Inmate Chad Michael Cernon w/m was removed from the north

000060

1-14-07        A. D. Allen #581        3rd Shift
All equipment accounted for. A/C remote and radio
included. One waist chain is signed out.


Inmate B/M Rondrique Brooks #00330
On 1-15-07 at 0244 hrs, city inmate Brooks a 25
y/o was booked in jail. Inmate Brooks stated "
was charged with four CAPIAS warrants. This
subject stated that he has a old back injury
No treatment needed at this time. There was
no nurse on duty. AA #581


Inmate B/M Quincy O. Young #00327
On 1-15-07 at 0212 hours, city inmate Young a
30 y/o was booked in jail. Inmate Young was
charged with D.U.I. and Resisting Arrest. This
subject was tased on his left shoulder and treated
by medics prior to arrival per arrest report. There
was no nurse on duty at this time. Inmate Young
was placed in #2 cell for medical observation.
                                            AA #581


On 0/15/07 around 0525 Fed. Inmate Calvin
Flowers threw a bowl of hot grits on my
of. McCray left arm while giving him a
breakfast tray. This is the 2nd time
Fed inmate Flowers had threw a bowl
off hot grits on cerel officer
                                    McCray #___

On 1/13/07 at approx 0130 hrs w/m Mickey Holmes was placed in South Drunk Tank charged with DUI.

McKenzie 1880

On 1/31/07 at approx 0230 AM Inmate B/m Gerald Hampton was placed in South Drunk Tank.

S. McKenzie H 1860

ON 1-14-07 AT 0605 AM InMATE Mickey Holmes was Remove FROM SOUTH TANK By S L Purifoy 1811

On 1-13-07 Personal Laundry was done on Post 993. Tissue was also given out.

A. Wallace #1848

ON 1-14-07 AT 650 AM InmATE Knox, Kerry was PLACE In THE SOUTH TANK By S L Purifoy #184

On 1-13-07 at approx 0700 hrs B/m Gerald Hampton was removed from South Drunk Tank

S. McKenzie

On 1600 on 1-13-07 Calvin Flowers was given a tray he threw it on the floor.

Felder 1861

00004

Warren continued to be uncooperative with this writer and was placed in the female South holding tank for further observation. The supervisor was notified of the situation. At 1655 hours. I officer Oliver along with officer Thompson attempted to feed Ms. Warren, she stated that she could eat that, because it was not a home cooked meal and that she needed ice water, she took the tray and pushed it out of the door. Supervisor Smith was notified of the situation. Warren was escorted to the Court Room @ 1755 for pre court briefing, subject continued to talk out in a strange manner and uncooperative at this time. Warren was placed in the female South holding area (population). No further problems to report at this time.

YOliver #1239

On 1-1-2007 at approx 19:19 federal inmate Calvin Flowers refused to take his medication.

A. Clark #1344

On 1-1-2007, at approx. 1630 hrs., 3(b)Cell, W/M, inmate, Josh Lucy was given a tray. He got angry and threw his tray. He asked for another tray. I did not give him another tray.

R. m. Cohen #1841

100

12-25-06          A.D. Allen #581          3rd Shift
All equipment accounted for. A/C remote
and radios included.

Delayed Entry: on 12-25-06, Inmate Wendell
Keys called me in 5 cell and showed me
the piece of glass that goes in the
light cage in cell 5-A. I told supervisor
Allen and place the Glass in the radio
room.

                              AA #581      E Scott #1204

on 12-25-06, after checking the light
cage in cell 5-A, it is discoved that
the lock to the light cage is missing.
                                   E Scott #204

12-26-06  Lee Thomas B/m was removed From
the south hold Tank @ 01:15 —— Jwilson 1350 AA #58

12/28/06- 12/28/06 Inmate Calvin Flowers
started back w/ usual behavior throwing
species and urine from under his cell
door. Inmate Flowers cell was clean
twice on 3rd shift
          AA #581          McCray # 1340

000044

98

12.24.06 1st @ 1308 Marcus Smith was placed
in #5 cell for protective custody. @
protective custody form has been completed. KA

12.24.06 Melvin Dright has been brought some
test strips to have blood sugar tested. Nurse
Owes was notified. KA

12-24-2006 AT 1600 HOURS INMATE CALVIN
WAS MOVED TO THE SOUTH SECURITY TANK
FOR SANATATION REASONS. HE THREW
ARTICLES FROM HIS CELL ON THE DAY FLOOR
JUST BEFORE DINNER WAS SERVED.
                                        SmiTH 1543

On 12-24-06 @ 2005 Inmate Bernice Henley (750)
was found on the floor in the female
North tank. I Joyce G. Fells, had not
witnessed her fall. I immediately reported
the incident to Officer Smith. I escorted
Inmate Henley to the front for observation
and I also had given her a bag of ice
for any type of swelling.
                                        C. J. Fells #181

12-24-06  2006 AT 1600 HOURS INMATE
CALVIN FLOWERS RESUMED HIS BEHAVIOR
AND WAS MOVED BACK TO THE SOUTH
HOLDING/SECURITY TANK. EVERYTHING
WAS TAKEN BUT HIS MAT AND BLANKET
                                        SmiTH 1543

inmate from North security cell at 605
charge w/ D.H.t

McCray

12/24/06  Soap + tissue were passed out
on post 993.                           C Burns 1877

12/24/06  inmate Calvin Flower did
not receive any tidet because throwing
toilet paper under his cell door
                                    McCray #346

12/24/06  1st Shift  K. Abner #742
all equipment accounted for. KA.

On 12·24·06 B/m Federal Inmate
Maurice Cox stated he felt
light headed and need his
medication. Nurse Davis
informed
                          J.F.00

On 12·24·06 inmates in 7 cell
provided a shower
                          J.F.00

On 12-24-06  B/F Crystell Randall went in
side Donna Hull cell begging her her tray.
I Officer J. Huffman talk to Randall. I watch
while feeding Hull to make sure she get her
tray. JH x00

000046

94

346

On 12-22-06 at approx 0545
officer Mckenzie attempted to give
B/M Calvin Flowers his tray. Mr.
Calvin Flowers then threw his tray
at officer Mckenzie and got grits
on him.

G. Wallace #1848

1st Shift TAYlor 557
On 12-22-06 at approx 10:30
pm B/F Sandra Flown was booked
in Jail. Subject was Charged with Crim
mish. 3rd. Subject was having Chest Pains.
Their was No Nurse on duty. Subject was
given a phone Call for med.
C. V. m.

On 12-22-06, 1815 w/f inmate Tiffany Wharton
was injured in the laundry room. She notified
the annex & the annex notified C/O Walch. I
was informed of the incident when she was
brought up for observation & given a bag of
ice for her injured ankle.
C. Felde #1861

3rd Shift 12-22-06
On 12/22/06 at 2345 I gave Tiffany Wharton
a glove with ice in it for her ankle. JBurns 1811
No nurse on duty, I alerted Officer Bailey

000047

On 12-19-06 at 2005 hours a strong odor of marijuana was detected in the #6 Hallway. 6A & 6B were both shook down. No drugs were found.

J. H. H.

12-19-06 Thur 12-20-06
3rd Shift COS Allen

12-19-06
At 2356 hrs. all equipment was accounted for. A/C remote and (16) radios were also included. Leg iron #20 was reported broken today on 1st Shift.
M. Bailey 308

12-20-06
At 0006 hrs. There were no hearings to be done by 3rd Shift on the above listed date.
M. Bailey 308

On 12-19-06 a shakedown was done in female north

D. M. Lucas #1447

On 12/19/06 - 12/20/06 Inmate Calvin Flower was displaying usual behavior again throwing ~~species & urine under door~~. Inmate Calvin Flower cell was cleaned the doing the night
MCCPT

000048

12-18-06        A.D. Allen #581        3rd Shift

All equipment accounted for. A/C remote and radios
included.

On 12-19-06, at 01:50 hr. I, officer E. Scott
found a full bag of cigarette tobacco on
top of the ice machine in the sallyport.
Supervisor Allen was informed.
                                    E. Scott #1204

On 12/19/06 Inmate Calvin Flowers
was displaying un usual behavior throwing
spiece & urine under 2B cell door. Inmate
Calvin Flower was escorted to the North
Security Tank while cell was clean
                                    O.M/340

On 12/19/06 Soap & Tissue passed out
on Post 99
                                    O.M/340

On 12/19/06 @ approximately 0530, Inmates on
Female North ask me to turn on the heat
Upon doing so, there was a very bad gas
smell. I turned the heat off, opened the
windows that I could and alerted m.
Allen. He mr. Allen went to Female North
and opened more windows.      D. Burns 1877

On 12/19/06 soap was passed out + laundry
done on 993              D. Burns 1877

86

12/10/06 Inmate Calvin Flowers while in South Security tank urine & ~~threw~~ SPIT all over the wall.

O.M. 1366  AA#581

12/18/06  1st Shift  Abner

1000 hrs - Prisoner Clyde Hawkins was observed beating on metal door in 2-cell, yelling obscenities, and making threatening/abusive verbage against staff. His behavior was confronted by this writer & informed that we may need to take other measures to protect him from himself.

3M Collins

1500

1440 hours - Clyde Hawkins was seen and heard beating on the metal door in #2 cell. To prevent him from harming himself and protect City property. He was restrained in the "Restraining Chair". Officers involved included Besteder, Blount, Cohen, Feld Smith, & Harrison. Nurse Davis was notified to make the necessary checks for the prisoner's safety. Checks will be made every 15-30 minutes.

3M Collins

ON 121806 @2013 B/m SAMUEL STINSON 2C DUE TO SUCIDAL WATCH STARTED ACTING DISORDERLY WITH OTHER INMATES SO HE WAS PLACED IN NORTH TANK. INMATE STINSON WAS REMOVED AT 2240 AND WAS PUT BACK IN 2 CELL.  O'Reil #885

On 12-18-06@1728 f/f Twanda Hubbard was complaining of stomach problems she brought to the front for observation per COS Dopkins she was seen sh. 000050.

85

10/18/06 Came to cabin Flowers
while behaving throwing objects around
under the 2B cell door. Inmate Flowers
was remove from 2B cell to south security
cell ole to throwing object away on other
inmate that was sleep on the floor which
I of McClay cleaned the o his bill time
                                    AA#581   McClay #1/38

10/18/06 Jeffery Cliff was remove from
No security cell at 215 and placed
in front cage.                    Q.M./38  AA#581

On 10/18/06 Shue House was taken out of the
South Jamali Drink trait & process about
0845                              AA#581.   O.Burns 1877

On 10/18/06  @ 0600 Jamali was passed out
(W) 993.                                  O.Burns 1877  AA#581

---

3Nc

My inmate Allen Colvin,
30 hrs, Complained
hing up supervisor
ited. Paramedics were
ate was sent to

E. M. Colvin #1841
000050

8/m inmate Willie
ED FROM 2A TEMP. HE
UNK AND FLOOR WAS
GIVEN A NEW JUMPER
QReid #1885

Allen #581    3rd shift
urtid for A/C remote and

to go

R08

rocessing
his
ist
cart
1871

#140

10

A Drunk

ntic #140

ressout
concern.

recorded for. RA.

Delayed Entry
12-13-06 Calvin Flowers unusal Behavior
Push wet tissue And paper under door
Torn lunch trays, refused to go in cell after
his Shower.    L/Hoffman 746

12-14-06 Calvin Flowers unsual Behavior
Water and Torn-up Paper And Tissue
inmate Flowers water was turn off
Because of his Behavior.
                    L/Hoffman 746

D/F Elsie Jones was placed in the
womens South drunk tank due to intoxic-
ation on 12-17-06 @ 1917. Female was
subdued by Officers C.Y. Felder + M. James

                    Felder #1861

On 12/17/06, at approx. 1530hrs, B/M,
inmate, Samuel Stinson, 5 cell, was attempting
to hang himself with his jumper. He tied
a knot to the bars, and a knot around
his neck. I found him while making
rounds. I called on my radio. Officers.
Blunt, Felder, Reid and James arrived.
Inmate was transported to 2 cell
and placed in a suicide gown without
incident
                    K. m cole #1841

K. M. Coker #1841

12-16-06 Thus 12-17-06
3rd Shift COS Bailey

12-16-06
At 2358 hrs. all equipment was
accounted for. A/C remote and (16) radios
were also included.
                                    M. Bailey 1308

12-17-06
At 0005 hrs. There were no hearings
to be done by 3rd Shift on the above
listed time date.
                                    M. Bailey 1308

Delay Entry | 12-16-06
At 2330 hrs. Inmate Calvin Flowers B/M
stated to myself that he had food poisoning
and needed to see the nurse. I advised this
inmate that there was no nurse on duty at
this time and he would be allowed to see
the oncoming nurse. This inmate is housed
in Cell 203 for medical/mental
observation.                        M. Bailey 1308

Delay Entry | 12-16-06
At or around 0030 hrs. Inmate David
Alexander B/M was placed in #2 cell for
medical observation due to complaining of chest
pains. UPDATE- At or around 0530 hrs.
the above listed inmate was checked by ⟶

000053

72

(Deluged entry)                                3/c

sly asked for some two-freeze and
the nurse (Robinson) checked to see if
she had any but she didn't. The inmate
Denly never stated when or how she fell
nor did I witness her falling. I notified
Officer Oliver of the situation.


12-11-06.            A.P. Allen #581           3rd Shift
All equipment accounted for. A/c remote and
radios included.


On 12-12-06, at 00:50 hr, H/M Joel Martinez
was placed in, North Drunk Tank
Marked Drunk by the arresting officer.
                      AA #581    E. Scott #(D4)


~~Inmate B/m Calvin Flowers #7986
On 12-12-06 at 0033 hours, city inmate Flowers
a 45 y/o was moved from #2 cell to the South
Drunk Tank. He was given his mat and blanket.
Inmate Flowers was being very irate at this time
(screaming/cursing etc.). This subject was
returned to #2 cell at 0638 hours.    AA #581~~


Inmate w/m Larry M. Montgomery #8018
On 12-11-06 at 2321 hours inmate Montgomery
a 19 y/o was booked in jail. Inmate Montgomery
was charged with P. VOB05(Harass.). The arrest
report stated that he is SUICIDAL mentally

Nurse Davis advised the be placed in 2 or 4 cell for seg. purposes. there was nothing medical to keep him in 2 cell. Therefore he was placed on the annex. Warden Ellis was Notified. KA.

12.11.06 0830 Calvin Flowers was placed in the S. Tank for seg. due to attempting to fight inmates in Court the bailiff was Contacted to call when ready for Court. Kat.

On 12-11-06 approx. 1746 inmate Bernice Henley B/f stated that she allegedly fell off her bed I notified Nurse Robinson of her incident she never said when she fell and Felder #1861 (continue on next page)

On 12/11/2006 @ 1900 hours while making a round B/F Henley, Bernice BK# 7525 stated to this writer that she sliped and fell trying to get on the top bunk and hurt her lower back. Officer C.V. Felder #1861 made a round with nurse Robinson when Henley reported the fall. Henley stated that she did fill out a medical request and gave it to nurse Robinson. Officer Felder stated that the nurse was going to give Henley some Bio-Freeze but was out of Bio-Freeze. I officer Oliver #1299 reported the situation to the Supervisor on duty S.A. Smith #1543. Henley was brought up front for observation.

Oliver #1299

3/6

Dec. 11, '06
At approx. 0015 Bryan Broussard
booking # 7981 was booked into
jail with the charge of 8 capias,
Entering the jail subject has broken
left hand that he says happened
3 weeks ago. No nurse on duty.

J. 791    AA #581

Dec. 11, '06
At approx. 0319 Calvin Flowers
booking # 7986 was booked into
jail with the charge of Criminal
Trespass 3rd. Entering the jail
subject states he was hit by a
car earlier this evening. Arresting
officer states subject was seen by
Dr. Anderson of Baptist South
and released, complaining of leg
pain. Arresting officer A.D. Gunn.

J. 791    AA #581

Dec. 11, '06
At approx. 0506 Eric Jackson booking
# 7989 was booked into jail
with the charge of DV Harassment
3rd. Entering the jail subject
has small swollen lip.

J. 791    AA #581

000056

12·11·06 1st Shift
K. Abney # 747, [illegible]

# MEDICATION ADMINISTRATION RECORD

REPORT DATE : 05/07

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VITAMIN B1 100 MG TABLET**
TAKE 1 TABLET ONCE DAILY — 03/25/08

**LISINOPRIL 10 MG TABLET**
ZESTRIL 10 MG TABLET
TAKE 1 TABLET ONCE DAILY — 03/25/08

**DEPAKOTE ER 500 MG TAB SA**
TAKE 1 TABLET IN THE
MORNING AND 1 TABLET AT
BEDTIME — 06/02/07

**SEROQUEL 200 MG TABLET**
TAKE 1/2 TABLET IN THE
MORNING AND 1 TABLET IN
THE EVENING — 03/25/08

**METFORMIN HCL 500 MG TABL**
GLUCOPHAGE 500 MG TABLET
TAKE 1 TABLET TWICE DAILY — 03/25/08

**GLIPIZIDE 10 MG TABLET**
GLUCOTROL 10MG TABLET
TAKE 1 TABLET TWICE DAILY — 03/25/08

**VALPROIC ACID 250 MG CAPS**
DEPAKENE 250 MG CAPSULE
TAKE 2 CAPSULES TWICE
DAILY — 03/25/08

| | | |
|---|---|---|
| STARTING FOR | 05/01/07 | THROUGH | 05/31/07 | PAGE 1 OF 1 |

Physician: MENDEZ, MARCIAL
Physician: MENDEZ, MARCIAL

Telephone No.
Alt. Telephone
Medical Record No.
Rehabilitative Potential

**000057**

Approved By Doctor:
By:          Title:          Date:

RESIDENT: FLOWERS, CALVIN
D.O.B.: 11/09/1961
Sex
Room #: J
Patient Code: FLOWCALV
Admission Date: 03/26/07

FLOWERS, CALVIN
REPORT DATE : 04/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VITAMIN B1 100 MG TABLET** — TAKE 1 TABLET ONCE DAILY — 03/25/08 — AM

**LISINOPRIL 10 MG TABLET** — ZESTRIL 10 MG TABLET — TAKE 1 TABLET ONCE DAILY — 03/25/08 — AM

**SEROQUEL 200 MG TABLET** — TAKE 1/2 TABLET IN THE MORNING AND 1 TABLET IN THE EVENING — 03/25/08 — PM

**METFORMIN HCL 500 MG TABL** — GLUCOPHAGE 500 MG TABLET — TAKE 1 TABLET TWICE DAILY — 03/25/08 — AM / PM

**GLIPIZIDE 10 MG TABLET** — GLUCOTROL 10MG TABLET — TAKE 1 TABLET TWICE DAILY — 03/25/08 — AM / PM

**VALPROIC ACID 250 MG CAPS** — DEPAKENE 250 MG CAPSULE — TAKE 2 CAPSULES TWICE DAILY — 03/25/08 — AM / PM

| CHARTING FOR: | 04/01/07 | THROUGH | 04/30/07 | PAGE | 1 OF 1 |
|---|---|---|---|---|---|

| Physician | MENDEZ, MARCIAL | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | MENDEZ, MARCIAL | Alt. Telephone | | |

Allergies

Rehabilitative Potential

**000058**

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: |
|---|---|---|

By:        Title:        Date:

| RESIDENT | FLOWERS, CALVIN | D.O.B 11/09/1961 | Sex | Room # J | Patient Code FLOWCALV | Admission Date 03/26/07 |
|---|---|---|---|---|---|---|



| DATE | HOUR | MEDICATION & DOSAGE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE/TITLE |
|------|------|--------------------|--------|---------------------|-----------|------------------------|
| Apr 07 | 0500 | Valporic Acid 250 (2) | refused | Dark | | |
| Apr 07 | 0500 | Valporic Acid 250 (2) | refused | Dark | | |
| 3 Apr 07 | 0500 | Metformin HCL 500 | refused | refused | | |
| | 0500 | Glipizide 10 mg | | Medication Dark | | |

**WEDNESDAY**
**TEMPERATURE**
**PULSE**
**RESPIRATION**
**BLOOD PRESSURE**
**WEIGHT**

DAY SHIFT color ink        EVENING SHIFT color ink        NIGHT SHIFT color ink

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|----------|------------------|----------|------------------|----------|------------------|
| | | AR | A. Rodgers LPN | | |
| | | SW | S. Woodard LPN | | |
| | | SB | S. Benson LPN | | |
| | | SS | | | |

INSTRUCTIONS
INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
INDICATE INJECTION SITE WITH APPROPRIATE CODE.
STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.

INJECTION SITE CODES
1. RIGHT DORSAL GLUTEUS    5. RIGHT LATERAL THIGH    9. RIGHT UPPER ARM    13. UPPER BACK LEFT    17. TO RIGHT AND ABOVE LEVEL OF UMBILICUS
2. LEFT DORSAL GLUTEUS    6. LEFT LATERAL THIGH    10. LEFT UPPER ARM    14. UPPER BACK RIGHT    18. TO LEFT AND ABOVE LEVEL OF UMBILICUS
3. RIGHT VENTRAL GLUTEUS    7. RIGHT DELTOID    11. RIGHT ANTERIOR THIGH    15. UPPER CHEST LEFT    19. TO RIGHT AND BELOW LEVEL OF UMBILICUS
4. LEFT VENTRAL GLUTEUS    8. LEFT DELTOID    12. LEFT ANTERIOR THIGH    16. UPPER CHEST RIGHT    20. TO LEFT AND BELOW LEVEL OF UMBILICUS

# MEDICATION ADMINISTRATION RECORD

REPORT DATE : 04/07



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAMIN B1 100 MG TABLET TAKE 1 TABLET ONCE DAILY | 03/25/08 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LISINOPRIL 10 MG TABLET ZESTRIL 10 MG TABLET TAKE 1 TABLET ONCE DAILY | 03/25/08 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEROQUEL 200 MG TABLET TAKE 1/2 TABLET IN THE MORNING AND 1 TABLET IN THE EVENING | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 500 MG TABL GLUCOPHAGE 500 MG TABLET TAKE 1 TABLET TWICE DAILY | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GLIPIZIDE 10 MG TABLET GLUCOTROL 10MG TABLET TAKE 1 TABLET TWICE DAILY | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VALPROIC ACID 250 MG CAPS DEPAKENE 250 MG CAPSULE TAKE 2 CAPSULES TWICE DAILY | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STARTING FOR | 04/01/07 | THROUGH | 04/30/07 | PAGE | 1 OF 1 | | | |
| Physician | MENDEZ, MARCIAL | | | Telephone No. | | | Medical Record No. | |
| Alt. Physician | MENDEZ, MARCIAL | | | Alt. Telephone | | | | |
| Allergies | | | | Rehabilitative Potential | | | | |
| Diagnosis | | | | | | | | |

Approved By Doctor: **000061**

By: _____ Title: _____ Date: _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RESIDENT | FLOWERS, CALVIN | D.O.B. 11/09/1961 | Sex | Room # J | Patient Code FLOWCALV | Admission Date 03/26/07 |

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAMIN B1 100 MG TABLET TAKE 1 TABLET ONCE DAILY | 03/25/08 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LISINOPRIL 10 MG TABLET ZESTRIL 10 MG TABLET TAKE 1 TABLET ONCE DAILY | 03/25/08 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEROQUEL 200 MG TABLET TAKE 1/2 TABLET IN THE MORNING AND 1 TABLET IN THE EVENING | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 500 MG TABL GLUCOPHAGE 500 MG TABLET TAKE 1 TABLET TWICE DAILY | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GLIPIZIDE 10 MG TABLET GLUCOTROL 10MG TABLET TAKE 1 TABLET TWICE DAILY | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VALPROIC ACID 250 MG CAPS DEPAKENE 250 MG CAPSULE TAKE 2 CAPSULES TWICE DAILY | 03/25/08 AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| CHART NO. FOR | 04/01/07 | THROUGH | 04/30/07 | PAGE | 1 OF 1 |
|---|---|---|---|---|---|
| Physician | MENDEZ, MARCIAL | | Telephone No. | | Medical Record No. |
| Alt Physician | MENDEZ, MARCIAL | | Alt Telephone | | |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | | Approved By Doctor: **000061** | | |
| | | By: | Title: | | Date: |
| RESIDENT | FLOWERS, CALVIN | D.O.B. 11/09/1961 | Sex | Room J | Patient Code FLOWCALV | Admission Date 03/26/07 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*April 2007*

ī po Rhand m — 2500

Depakote ER 500mg — 1700

ī po bid — 2500

Glipizide 10mg — 1700

ī po qd — 0500

Lisinopril 10 mg — 0500

ī po bid — 0500

Metformin HCl 500mg — 1700

ī po qd — 2500

Seroquel 100mg
2 tabs at hs — 1700

Seroquel 100mg — 2500

ī po qd
Vitamin B-100

Motrin 800mg One po
tid x 7 days — 0500 / 1100 / 1700
28 Mar 07

Benadryl 150mg One
50mg One po qhs x
10 days — 1900
28 Mar 07

HARTING FOR                    THROUGH

| Physician | | Telephone No. | | Medical Record No. |
| It. Physician | | Alt. Telephone | | |
| llergies | | Rehabilitative Potential | | |
| lagnosis | | | | |

**000062**

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
| | | By: | | Title: | Date: |
| RESIDENT | Flowers Calvin | D.O.B. 11/09/61 | Sex M | Room # | Patient Code | Admission Date |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DEPAKOTE ER 500 MG TAB SA** — TAKE 1 TABLET BY MOUTH IN THE MORNING AND EVENING — 01/26/07 – 03/27/07 — 0600 / 2100

**GLIPIZIDE 10 MG TABLET** — TAKE 1 TABLET BY MOUTH TWICE DAILY. — 01/19/07 – 01/19/08 — 0400 / 1500

**LISINOPRIL 10MG TABLET** — TAKE ONE TABLET BY MOUTH ONCE DAILY — 01/19/07 – 01/19/08 — 0400

**METFORMIN HCL 500 MG TABL** — TAKE 1 TABLET BY MOUTH TWICE DAILY. — 01/19/07 – 01/19/08 — 0400 / 1500

**SEROQUEL 100MG TABLET** — TAKE ONE TABLET BY MOUTH ONCE DAILY — 01/26/07 – 04/26/07 — 0400

**SEROQUEL 100MG TABLET** — TAKE 2 TABLETS BY MOUTH AT BEDTIME — 01/26/07 – 03/13/07 — 2100

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B |   |   |   |   |   |   |   |   |   |   |
| L |   |   |   |   |   |   |   |   |   |   |
| S |   |   |   |   |   |   |   |   |   |   |
| BT |   |   |   |   |   |   |   |   |   |   |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B |   |   |   |   |   |   |   |   |   |   |
| L |   |   |   |   |   |   |   |   |   |   |
| S |   |   |   |   |   |   |   |   |   |   |
| BT |   |   |   |   |   |   |   |   |   |   |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B |   |   |   |   |   |   |   |   |   |   |   |
| L |   |   |   |   |   |   |   |   |   |   |   |
| S |   |   |   |   |   |   |   |   |   |   |   |
| BT |   |   |   |   |   |   |   |   |   |   |   |

CHARTING FOR   03/01/07   THROUGH   03/31/07   PAGE   1 OF   2

Physician   MENDEZ, MARCIAL J   Telephone No. 334-567-0346   Medical Record No. 304016

Physician   STOCK SUPPLY   Alt. Telephone

Allergies

Rehabilitative Potential

000063

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: |   |   |
|---|---|---|---|---|
|   |   | By: | Title: | Date: |

| RESIDENT | FLOWERS, CALVIN | D.O.B. 11/09/1961 | Sex | Room # CM16 | Patient Code FLOWECAL | Admission Date 12/13/0 |

REORDER FROM INTEGRAL SOLUTIONS GROUP 800-235-0767

SPECIAL A-55



| VITAL SIGNS | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMPERATURE | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | |

**DAY SHIFT** color ink -          **EVENING SHIFT** color ink -          **NIGHT SHIFT** color ink -

| DATE | TIME GIVEN | MEDICATION & DOSAGE | IN SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| | | APL | Hodges LPN | | |
| | Davis, LPN | SW | S. Washington | | |
| | | SB | S Benson LPN | | |
| Cm | Christopher Miller | | | | |

**INSTRUCTIONS:**
- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.

**INJECTION SITE CODES:**
1. RIGHT DORSAL GLUTEUS
2. LEFT DORSAL GLUTEUS
3. RIGHT VENTRAL GLUTEUS
4. LEFT VENTRAL GLUTEUS
5. RIGHT LATERAL THIGH
6. LEFT LATERAL THIGH
7. RIGHT DELTOID
8. LEFT DELTOID
9. RIGHT UPPER ARM
10. LEFT UPPER ARM
11. RIGHT ANTERIOR THIGH
12. LEFT ANTERIOR THIGH
13. UPPER BACK LEFT
14. UPPER BACK RIGHT
15. UPPER CHEST LEFT
16. UPPER CHEST RIGHT
17. TO RIGHT AND ABOVE LEVEL OF UMBILICUS
18. TO LEFT AND ABOVE LEVEL OF UMBILICUS
19. TO RIGHT AND BELOW LEVEL OF UMBILICUS
20. TO LEFT AND BELOW LEVEL OF UMBILICUS



MONTGOMERY DATE
FLOWERS, CALVIN
REPORT DATE : 03/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...AMIN B-1 100 MG TABLET ..E ONE TABLET BY MOUTH ONCE DAILY | 01/18/07  01/19/08 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

03/8/07 ...
X14 days ...
Benadryl 50 mg

03/08/07 ...Pots...
0500
0100
X10days  1700
Mytrin 600 mg

3/22/07 ...Pots X10days
0500
0100
...
Keflex 500 mg

...for Keflex 500 mg
...Pots X10 days
0500
2000
1700

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| ..HARTING FOR | 03/01/07 | THROUGH | 03/31/07 | | PAGE | 2 OF | 2 |
|---|---|---|---|---|---|---|---|
| ..hysician | MENDEZ, MARCIAL J | | | Telephone No. | 334-567-0346 | | Medical Record No. |
| .t. Physician | STOCK SUPPLY | | | Alt. Telephone | | | 304016 |
| ..lergies | | | | Rehabilitative Potential | | | |
| ..iagnosis | | | | | | | |

000066

| Medicaid Number | Medicare Number | Approved By Doctor: | | | | |
|---|---|---|---|---|---|---|
| | | By: | | Title: | | Date: |
| RESIDENT | FLOWERS, CALVIN | D.O.B. 11/09/1961 | Sex M | Room # CM16 | Patient Code FLOWECAL | Admission Date 12/13/0 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Tab P.o. tid* | 7x07 0200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Depakote 500mg* | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *+Po bid* | 0500 R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Metformin Hcl 500mg/1700* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *+Po bid* | 0500 R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Glipizide 10mg* | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *+Po qd* | 0500 R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Lisinopril 10mg* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Po qd* | 0500 R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Triamine 100mg* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *2fps   +Po qhs tpm* | 0500 R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *3/07 Seroquel 100mg* | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| CHARTING FOR | THROUGH | | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record No. |
| Att. Physician | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title:          Date: |
| RESIDENT  *Flowers (Celex)* | D.O.B. *10/9/61* | Sex | Room # | Patient Code | Admission Date |

REORDER FROM INTEGRAL SOLUTIONS GROUP, 1-800-286-0767    FORM A-55    STOCK #506423

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(The form consists of a large grid of medication administration cells numbered 1–31 across multiple hour rows. Most entries are handwritten and largely illegible.)*

Handwritten entries (left column, top):

2/7/07  foldia
Mifin 806mg
2/7/07  foldia
Benadryl 50 g.t.day

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767   FORM A-55   STOCK #500-623

CHARTING FOR _____ THROUGH _____
Physician
At. Physician
Allergies
Diagnosis
Telephone No.
Alt. Telephone
Rehabilitative Potential

000068

Medicaid Number | Medicare Number | Approved By Doctor: | By: | Title: | Date:

RESIDENT  Harlove Calvin
D.O.B. 1/7/61   Sex M   Room   Patient Code   Admission Date

MEDICATION ADMINISTRATION RECORD

MONTGOMERY JAIL
FLOWERS, CALVIN
REPORT DATE : 02/07

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIPIZIDE 10 MG TABLET TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0400 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LISINOPRIL 10MG TABLET TAKE ONE TABLET BY MOUTH ONCE DAILY. | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 500 MG TABL TAKE 1 TABLET BY MOUTH TWICE DAILY. | 0400 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VITAMIN B-1 100 MG TABLET TAKE ONE TABLET BY MOUTH ONCE DAILY. | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakote ER 500mg i 9am + i 9pm + at noon | 0300 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Seroquel 100mg i 9am + ii 9pm | 0900 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| HARTING FOR | 02/01/07 | THROUGH | 02/28/07 | PAGE 1 OF 1 | |
|---|---|---|---|---|---|
| Physician | MENDEZ, MARCIAL J | | Telephone No. | 334-567-0346 | Medical Record No. |
| lt. Physician | STOCK SUPPLY | | All. Telephone | | 304016 |
| llergies | | | Rehabilitative Potential | | |

Diagnosis

000069

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | Title: | Date: |
|---|---|---|---|---|---|
| | | D.O.B. | Sex | Room # | Patient Code | Admission Date |
| RESIDENT | FLOWERS, CALVIN | 11/09/196_ | | | | |

CITY OF MONTGOMERY JAIL
FLOWERS, CALVIN
REPORT DATE : 01/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAKOTE 500MG TABLET EC .KE (1) TABLET BY MOUTH THREE TIMES DAILY | 12/14/06 01/13/07 0400 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 500 MG TABL GENERIC FOR GLUCOPHAGE 50 TAKE 1 TABLET TWICE DAILY FOR 30 DAYS | 12/14/06 01/13/07 0400 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Glipzide 10mg + PU BID | 0800 8100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lisinopril 10mg + PU QD | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thiamine 100mg + PU QD | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Seroquel 100mg ÷ g AM + ÷ g PM 1/3/07 | 0800 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| HARTING FOR | 01/01/07 | THROUGH | 01/31/07 | | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|---|
| hysician | MENDEZ, MARCIAL J | | | Telephone No. | 334-567-0346 | | Medical Record No. |
| . Physician | STOCK SUPPLY | | | Alt. Telephone | | | 304016 |
| ergies | | | | Rehabilitative Potential | | | |

| agnosis | | | | | | |
|---|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | | Approved By Doctor: | **000070** | | |
| | | | By: | | Title: | Date: |

| RESIDENT | FLOWERS, CALVIN | | D.O.B. 11/09/1961 | Sex CM16 | Room # | Patient Code FLOWECAL | Admission Date 12/13/0 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKOTE 500MG TABLET EC ...E (1) TABLET BY MOUTH THREE TIMES DAILY. | 12/14/06  01/13/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 500 MG TABL GENERIC FOR GLUCOPHAGE 50 TAKE 1 TABLET TWICE DAILY FOR 30 DAYS | 12/14/06  01/13/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| HARTING FOR | 12/01/06 | THROUGH | 12/31/06 | PAGE | 1 OF 1 | | |
|---|---|---|---|---|---|---|---|
| hysician | MENDEZ, MARCIAL J | | | Telephone No. | 334-567-0346 | Medical Record No. | |
| t. Physician | STOCK SUPPLY | | | Alt. Telephone | | 304016 | |
| lergies | | | | Rehabilitative Potential | | | |

iagnosis

**000071**

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |
| RESIDENT  FLOWERS, CALVIN | | D.O.B.  11/09/1961 | Sex | Room #  CM16 | Patient Code  FLOWECAL | Admission Date  12/13/0 |

1R243B

NURSES NOTES

| DATE | NOTES |
|------|-------|
| DOB: 11/9/61 | Homer Calvin |
| 1/14/07 | B/P V 110/90 — _Moore_ |
| 1/_/07 | Seen by Dr. _____, records reviewed _____ Moore |
| 1/27/07 | B/P V 130/90 — _Moore_ |
| 2/5/07 | Seen by MD C/o pain to ® shoulder & itching. See orders — S. Motley LPN |
| 3/8/07 | Seen by Dr. _____ C/o toothache & itching. See Order _____ Moore |
| 3/8/07 | Talked to Dental Dept. at Kilby pt schedule for 4/22/07 at 0945 _Moore_ |

000072

NURSES NOTES

DoB: 11/9/61          Flowers Calvin

| DATE | NOTES |
|------|-------|
| 4/21/07 | 0500 B/S √ 75 Per glucometer Moore |
| 4-22-07 | 0445 BS 79 per glucometer ___ AM ___ |
| 23 Apr 07 | 0515 Blood sugar 104 mg/dL ___ Davis, LPN |
| 24 Apr 07 | 0438 Blood sugar 121 mg/dL per FS ___ Davis, LPN |
| 25 Apr 07 | 0450 Blood sugar 76 mg/dL / FS ___ Davis, LPN |
| 4/26/07 | 0516 B/S √ 61 ___ Moore |
| 4/27/07 | 0517 B/S √ 140 Per glucometer Moore |
| 4/28/07 | 0513 B/S √ 223 Per glucometer Moore |
| 29 Apr 07 | 0517 Blood sugar 314 mg/dL / FS ___ Davis, LPN |
| ___ | 0531 Blood sugar ___ |
| 01 May 07 | 0508 Blood sugar 270 mg/dL / FS ___ Davis, LPN |
| 02 May 07 | 0521 Blood sugar 357 mg/dL ___ Davis, LPN |
| 5/3/07 | 0518 B/S √ 148 Per glucometer Moore |

Calvin Flowers
D.O.B. 9 Nov 1961

NURSES NOTES

| DATE | NOTES |
|------|-------|
| 3/29/07 | QBS ⨯ B/C 268 per glucometer Moore |
| 3/30/07 | D5/0 B/C 268 per glucometer Moore |
| 3/31/07 | QT2, B/C 229 per glucometer Moore |
| 01 Apr 08 | 0509 Blood sugar 248 mg/dL per glucometer Davis, LPN |
| 02 Apr 08 | 0500 Blood sugar 207 mg/dL per glucometer Davis |
| 03 Apr 08 | 0500 Blood sugar 200 mg/dL per glucometer Davis |
| 04 Apr 08 | 0440 Blood sugar 189 mg/dL per glucometer Davis |
| 04/8/07 | 0500 B/C 95 per glucometer Moore |
| 4/6/07 | 0505 B/C 220 per glucometer Moore |
| 4/7/07 | 0505 B/C 257 per glucometer Moore |
| 8 Apr 07 | 0450 Blood sugar 137 mg/dL Davis, LPN |
| 9 Apr 07 | 0457 Blood sugar 133 mg/dL Davis |
| 10 Apr 07 | 0443 Blood sugar 99 mg/dL Davis LPN |
| 4/11/07 | 0540 BS 101 per glucometer AMoto LPN |
| 4/11/07 | 1630 BS/SV 144 per glucometer |
| 4/12/07 | 0525 BC 200 per glucometer Moore |
| 4/13/07 | 0511 B/C 199 per glucometer Moore |
| 4/14/07 | 0538 SV 160 per glucometer |
| 15 Apr 07 | Blood sugar 96 mg/dL Davis, LPN |
| 16 Apr 07 | 0508 Blood sugar 127 mg/dL Davis, LPN |
| 17 Apr 07 | 0504 Blood sugar 162 mg/dL Davis, LPN |
| 4-18-07 | 0515 BS 114 per glucometer AMoto LPN |
| 4/19/07 | 0520 B/C 94 per glucometer Moore |
| 4/20/07 | 0511 B/C 71 per glucometer ⨯3 per ____ Cranker juice Moore |

000074

Flowers, Calvin
DOB: 11/9/1961

NURSES NOTES

| DATE | NOTES |
|------|-------|
| 3/16/07 | 0540 Blood work drawn for lab work. Tol. well. *A Mottley* |
| 3/26 | Seen by Dr Mottley c/o a *risen* leg *edema* *[illegible]* |
| 30 Apr 07 | Inmate Flowers was not seen today by Dr. Mendry. Flowers Meds were refilled, per M.D. orders. *Davis LPN* |
| 02 May 07 | 0524 Blood Sugar 130/8 Blood Pressure 150/100 *Davis LPN* |
| 0917 | Lab drawn for LFTS; Venapuncture @ antecubita site, tolerated well. *Davis LPN* |
| 5/3/07 | Above inmate got into another *inmate* |
| 1300 | And bicheted a scratch to (left region) hand and scratch to *[illegible]* of *[illegible]* *more →* |

Flower, Calvin
DOB: 11/9/1961

NURSES NOTES

| DATE | NOTES |
|------|-------|
| 3/10/07 | 0435 BS 230 per glucometer ——— A Motley, LPN |
| 3/7/07 | 1509 B/S 333 per glucometer Moore |
| 3/8/07 | 0527 B/S 284 per glucometer Moore |
| 3/9/07 | 1517 B/S X 13 per glucometer Moore RN |
| 3/10/07 | 0506 B/S 406 per glucometer Moore RN |
| 11 May 07 | Blood sugar 280 per glucometer — Davis, LPN |
| 13 March 07 | 0500 Blood sugar 161 mg/dL per glucometer Davis |
| 3/14/07 | 0440 BS 75 per glucometer. ——— A Motley, LPN |
| 3/15/07 | 0430 BS 124 per glucometer. ——— A Motley, LPN |
| 3/16/07 | 0450 BS 136 per glucometer ——— A Motley, LPN |
| 3/17/07 | 0450 BS 354 per glucometer ——— A Motley, LPN |
| | 1430 B/P 138/85 ——— A Motley, LPN |
| 18 Mar 06 | 0450 Blood sugar 199 mg/dL per glucometer Davis, LPN |
| 1418 | Blood sugar 278 mg/dL per glucometer — Davis, LPN |
| 19 May 07 | 0450 Blood sugar 332 mg/dL per glucometer Davis, LPN |
| 1511 | Blood sugar 211 mg/dL per glucometer — Davis, LPN |
| 20 May 07 | Blood sugar 251 mg/dL per glucometer — Davis, LPN |
| 1438 | Blood sugar 230 mg/dL per glucometer — Davis, LPN |
| 21 May 08 | 0501 Blood sugar 354 mg/dL per glucometer Davis |
| 3/21/07 | 1523 B/S 211 per glucometer ——— Moore |
| 3/22/07 | 0508 B/S 213 per glucometer Moore |
| 3/23/07 | 0505 B/S 275 Moore |
| 25 May 07 | Blood sugar 286 mg/dL per glucometer — Davis, LPN |
| 27 May 07 | Blood sugar 190 mg/dL per glucometer Davis, LPN |

NURSES NOTES

DOB: 11/8/1961    Flowers Calvin

| DATE | NOTES |
|------|-------|
| 2/11/07 | 0500   BS - 150   7m meds Admin - A. D'Elbayhan |
| 2/12/07 | 0445 BS 148 per glucomtr ——— A Mota, Lp |
| 2/13/07 | 0445 BS 183 per glucomtr.——— A Mota, Lp |
| 2/14/07 | 0445 BS 292 per glucomtr.——— A Mota, Lp |
| 2/15/07 | 0520 B/S 207 per glucomtr ——— |
| 2/16/07 | 0515 B/S 171 per glucometer ——— |
| 2/17/07 | 0517 B/S 357 per glucometer ——— |
| 2/18/07 | 0440 BS 311 per glucomtr.——— A Mota, Lp |
| 2/19/07 | 0445 BS 352 per glucomtr.——— A Mota, Lp |
| 2/20/07 | 0510 BS 022 per glucomtr.——— A Mota, Lp |
| 2/21/07 | B/S 295 per glucometer ——— |
| 2/22/07 | 0500 B/S 371 per glucometer ——— |
| 2/23/07 | 0530 B/S 390 per glucometer ——— |
| 2/24/07 | 0530 B/S 289 ——— |
| 2/25/07 | 0500 BS 371 per glucomtr ——— A Mota |
| 2/26/07 | 0520 BS 351 per glucomtr ——— A Mota, Lp |
| 2/27/07 | 0450 BS 295 per glucomtr.——— A Mota, Lp |
| 2/28/07 | 0435 BS 298 per glucomtr.——— A Mota, Lp |
| 3/1/07 | 0515 B/S 302 per glucometer ——— |
| 3/2/07 | 0520 B/S 241 per glucometer ——— |
| 3/3/07 | 0515 B/S 233 per glucometer ——— |
| 3/4/07 | 0430 BS 260 per glucomtr.——— A Mota, Lp |
| 3/5/07 | 0450 BS 285 per glucomtr ——— A Mota, Lp |

000077

DOB: 11/8/1961    NURSES NOTES    Harvey, Calvin

| DATE | NOTES |
|------|-------|
| 1/25/07 | 0500 B/S 82 per glucometer per Arnold RN |
| 1/26/07 | 0200 B/S 114 per glucometer per Arnold RN |
| 1/27/07 | 0505 B/S |
| 1/28/07 | 0600 BS 84 per glucometer — A McCall RN |
| 1/29/07 | 0510 BS 86 per glucometer. — A McCall RN |
|  | 0515 B/P 144/80 — A McCall RN |
| 1/30/07 | 0505 BS 74 per glucometer. — A McCall RN |
| 2/1/07 | 0515 B/S 68 Per glucometer Arnold RN |
| 2/1/07 | 01030 BS 51 per glucometer, recheck RN |
| 2/1/07 1030 | Given several pkgs of graham crackers Arnold RN |
| 2/2/07 | 0576 B/S 47 Per glucometer, diabetic meds held RN |
| 02/02/07 | 1558 B/S 44 per glucometer. No cond Arnold RN |
|  | Orange juice given + several pkgs of graham crackers Arnold RN |
| 02/03/07 | 0735 B/S 132 per glucometer Arnold RN |
| 2/4/07 | 0500 BS 96 per glucometer — A Molley RN |
| 2/5/07 | 0510 BS 63 per glucometer. — A McCall RN |
|  | 1425 BS 1164 per glucometer. — A McCall RN |
| 2/6/07 | 0435 BS 105 per glucometer — A McCall RN |
| 2/7/07 | 0509 B/S 91 per glucometer Arnold RN |
| 2/8/07 | 0500 B/S 79 per glucometer Arnold RN |
| 2/9/07 | 0505 B/S 74 per glucometer Arnold RN |

Flowers, Calvin
DOB: 11-9-1961

| DATE | NOTES |
|------|-------|
| 1/2/07 | 0459 BS 101 per glucometer. — A Motley LPN |
| 1/3/07 | 0520 BS 112 per glucometer, 140/80 — A Motley LPN |
| 1/5/07 | 7/435 B/s V 111 Per glucometer Moore RN |
| 1/7/07 | 0500 B/s 91 per glucometer — A Motley LPN |
| 1/8/07 | 0500 B/s 86 per glucometer — A Motley LPN |
|  | 0510 B/p 138/84 — A Motley LPN |
| 1/9/07 | 0530 B/s 110 per glucometer — A Motley LPN |
|  | 1400 B/s 130 per glucometer — A Motley LPN |
| 1/10/07 | 0430 BS 108 per glucometer, B/p 150/60 A Motley |
| 1/11/07 | 0516 B/s 126 per glucometer Moore RN |
| 1/11/07 | 1415 B/s 237 per glucometer Moore RN |
| 1/12/07 | 0505 RN 121 per glucometer Moore RN |
| 1/12/07 | 1430 B/s 112 per glucometer Moore RN |
| 1/13/07 | 0520 B/s 110 per glucometer Moore RN |
| 1/14/07 | 0600 B/s 119 per glucometer A Motley LPN |
| 1/15/07 | 0435 BS 120 per glucometer. — A Motley LPN |
| 1/16/07 | 0445 BS 145 per glucometer. — A Motley LPN |
| 1/17/07 | 0445 BS 141 per glucometer. — A Motley LPN |
| 1/18/07 | 0507 B/cv 114 per glucometer Moore RN |
| 1/19/07 | 0526 B/N 110 per glucometer Moore RN |
| 1/21/07 | 0540 BS 162 per glucometer. A Motley LPN |
| 1/22/07 | 0600 BS 288 + B/p 138/80 — A Motley LPN |
| 1/23/07 | 0600 BS 166 per glucometer — A Motley LPN |
| 1/24/07 | 0506 B/N 92 per glucometer Moore RN |

NURSES NOTES

Calvin Fikesley
D.O.B. 11-09-61

| DATE | | NOTES |
|------|--|-------|
| 11 Dec 06 | 0930 | Blood sugar 218 per glucometer. B/P 150/100 —Davis |
| 12 Dec 06 | 0528 | Blood sugar 173 per glucometer. B/P 140/90 — |
| | | Davis, LPN |
| | 1449 | Blood sugar 213 per glucometer. B/P 132/80 |
| 13 Dec 06 | 0530 | Blood sugar 195 per glucometer, B/P 135/90 — |
| | | Davis, LPN |
| 12/14/06 | 1400 | BS 223 per glucometer. AMotley Lpn |
| 12/15/06 | | BS 202 per glucometer. AMotley Lpn |
| 12/16/06 | 0435 | BS 190 per glucometer, B/P 130/100. — |
| | | A Motley Lpn |
| 17 Dec 06 | 0515 | Blood sugar 181 per glucometer, Refused Metformin 500mg. B/P 140/90 — Davis |
| | 1423 | Blood sugar 98 per glucometer, Refused insulin @ this time. Davis LPN |
| 18 Dec 06 | | Blood sugar not taken, Loud and disorderly @ this time, Smearing feces |
| 12/22/06 | 0530 | B/S 116 Per glucometer Lpn ref |
| 24 Dec 2006 | 0535 | Blood sugar 135 per glucometer Davis, Lpn |
| | 0535 | B/P 124/80 — Davis |
| 26 Dec 06 | 0507 | Blood sugar 114 per glucometer Davis LPN |
| | 0511 | Blood Pressure 110/70 — Davis, LPN |
| 12/29/06 | 0705 | B/S 107 Per glucometer Davis Lpn |
| 1/1/07 | 0520 | BS 108 per glucometer, B/P 130/90 — |
| | | A Motley Lpn |

Flowers Calvin
DOB: 11-9-61

NURSES NOTES

| DATE | NOTES |
|------|-------|
| 8-14-05 | 1500 BS✓ 239 per glucometer ———————— W Brooks LPN |
| 3-15-05 | 1500 BS✓ 154 per glucometer ———————— W Brooks LPN |
| 16 Aug 05 | Blood sugar 137 per glucometer |
| 1544 | ———————————————————— Daus LPN |
| 08/17/05 | 0430 BS 236 per glucometer. ————— A Motley ✓ |
| 1435 | 08/17/05 BS✓ 200 per glucometer ———— M Coo... |
| 08/8/05 | 0430 BS 249 per glucometer. ———— A Motley ✓ |
| 08/18/05 | 1439 BS✓ 258 per glucometer M Coo... |
| 08/19/05 | Refused 0430 BS ✓. ————————— A Motley ✓ |
| 3 Dec 06 | 2400 Booking. Seen by Dr. Mendez (see M.D. order) Daus LPN |
| | Daus LPN |
| 12/14/06 | 0900 BS 323 per glucometer. B/P 150/90 |
| | Meds given as order ———————— A Motley ✓ |
| 12/29/06 | B/P 120/90 M Coo... |

000081

05/10/07

(Calvin Flowers)

01050 While dispending Medications to Calvin Flowers
I Nurse Moore Observed blood in his left eye
Denies being in an altercation. Stated he
bump his eye. This writer reported this to
officer Bestede officer Hollingworth

Moore

000082

Free Lance Reporter: Not a Republican Reseller

Congressmon!
Terry Everette
every canadata from
Suttere High
desevent to school
Enterprise High
terry was my recal
model and still
is. I spere head of
congressional investigator
to Tuskegee VA which resulted
in improvments a new nursing
home, I now on my way back to
Tuskegee. It a job someone
must I.G.

US NAVY      Retired   CALVIN FLOWERS
US Army              CALVIN KLEIN IN
100% percent/Disabled Veteran of WAR
2 year Bussiness/music and comiction
Fayetteville State University
2 years med Student Duke University
1 year Paralegal Greensboro NC
8 years paintroom  9 year main Seal
                   Qualified  Veteran of Furgy war

Road Runner
The music
Clothing
Hotels
Cleaning
Grocery
Wal greens
Family Dollar
Big mall the

cross
money
Inc
5 Bussiness
Wal mart
same
Family
value
zone

Hills
Grocery
Power
Rid
calorie

These ARE the FACTS THAT I have Risked mother is Beneficiary Kelvin Clion Flowers
my Life For. Beneficiary Kelvin Clion Flowers
THE MAIN MENU: IS IDENITY THEFT
They pick High Profile people and call Them/mrs or mrs ange
They are pick by undercover agents or NARKS hang too
in 2 cell or around the the visilation cells, when the
Officers give out Bond Amount and the way the people are
Dressed and Handle thier AFFAIR ETnoticed They listening of
the Jailer

Jeff Session/Attorney
Also from                General
Enterpris                State

Session Peanut oil is now
town Enterprise/I ha share
I guess that makes us
Business partners/Jeff & S
very supportive of getting to
Law Breaker/ I k un I have to
support.

Richard shelby Senator
my NAVY commander
my best bet as a Navy Seal
Teaghime Espree Decorps
Never take your eye off the
ball. Full support I m y ya

These people are usually Rich or famous or have Hig
monthly income or just plain Gifted. They are
Re Search If Necessary then if WHO LE FAMILY fam
Killed if necessary get ALL Riches and Asseds
Beneds Visa card, medical homes, CARS, yacht
marketing Busiwes, appliances, Hotels, Airoplane
Reason, grew up with nothing, Key Turning and Would
State Jails or State Prisons for failour cond.
motive Money/Power CARS, Women Sex
Organization and Family

Government Provision Fuel the Fire; Food 3 h
A Day, clothing bunk get a discipline awa
Place To Lay your head stability. A child of
your own will from a mother say mother mono de
med und station care u t l, clean supplies spar
hyglem

Biological  Below
Chemical - Spiders/Baby mouse
Chemical - waste During meal
Radiological - Bright Isolation
nuclear - neutron Atom Cells
Are conducted all gather at m t

Thousands of Trops up into to this and over
they should support its self,

Middle East
Dung Dung Bugs and Spider
HAVE Been Imported
Put IN Drunk TANK
Toilets And Sinks
shit And when Incerment
piss go They are Atttach
to Blood. (security squad)

Blood suckers
By Kenny
mckenzie
FBI
GAS
Chamber

outlets are of collected fund, money manifest, ny
money IA mclinary research, Washington
new Idea foreign espirage,

underly Crimes: Wrong Ful Deaths Impers and
actions, kidnapping strong Arm Rape and
continuing robbery, house den nyghals an
misdirect Stawat for hunger strikes
mental cruth real family Rape physical
Death submission, isolation Hostage

000083

mckrae, mckenzie, McCarty
Third shift Death, Scott

Death squads on EACH SHIFT.
pick out high Profile For money, profi

Reveasel psycology or Nio wazi's are used Calm down and word the use
the Inst has become Supreme and rich off other people now
They aren't real making you not punk oregon if those
off of your money fregam Robbing the Robbers and
rubbing book legt and Bomm washing you
Just Like Hitler...

They run in Death Squad's
one country for two Most mistakes are made which
has a right to ever Blundin' nurse no oneg
the steaward but they will right them so if you
cenum stay out of the rule try to do if they
where are terrinl some of these never night down
will purse

The soldiers what are mostly inmates like free weld the
city jail i guy new nation) But put his check he
ride entera car, and war on two clothes he
turn to go

I Am giving you a direct order to get be quit, How can
I be Quart oten you are ruling my life unable
to call home because you two to plow tigget
you change the sys not your wish bed of ox

Dawntown          421-11-98 61
                     Calvin
                      90 76

Cellblock: CALVIN FLOWERS
S Cell

Please check one of the following:

___ Charges Bond Information
___ Food Services
___ Hygiene Items
___ Mail

___ Money Information
___ Property
___ Recreation
___ TV Change
___ Visitation
✓ Other   Love

### Briefly state your request (Please Print Clearly)

I want to know if you understand that my poems are true, I have a lot of Respect For you I could instantly fall deeply in love with you. You have changed back to that beauty

Request received by officer: _____ Date: _____ @ _____ hrs.

### DO NOT WRITE BELOW THIS LINE FOR REPLY ONLY

Date: _____ Time: _____

_____
_____
_____
_____

This form should be given to any correction officer.
Inmate request forms will be routed to the appropriate supervisor or Administrator.
Inmates will receive a copy when a written response is required.

First met. When I first came back I saw evil in your eyes but I know it wasn't you. The things that I share with you now I don't share with everyone. Everything I have wrote to you is $ $ $ if you don't believe me just hold on to it have it typed it will put a life saving in your pocket when I produce my songs, those are just poems I do much betters with music,   C.F.

New Beginning 10/05/00

His Betroved

I am The Flower, The Rose of Ruthym, Seeking Love, Knowledge Religion and wisdom. I would like to pick your lovely lillies from your Luscious valley. Bright colors of a Rainbow come to mind like Looking Through a prysm. Your beauty is colorful it blind my vision. I can't get you out of my system, I have compared you to an expensive Fine filly, your value, your worth makes me concentrate makes me meditate about the possibility of Fair Love. So Sensitive my intense emmence Dove, stay alert for me be/wary. It is you a neccessary part of my Life I am missing an Aggel sent from up above. To infatuate under a shade tree. Trying to figure out all angle of inchanting you. I concentrate alone in the Alley. I tremble my heart flucuates. I Fantasize about my hand on your breast. I am mesmerized, I want to be kissing it with a soft caress. your body responds you tremble you shake a slight grind of your hips, my right hand around your waist in a tight embrace, your tongue and your lips I would savor the taste. There would be no hurry in time no haste. In order to leave you with a lasting impression, the beginning the bases the chase. Please be my baby, Please be my Lady. Every day I would like to taste you, Every day Touch you, adore the tenderness of your face. Be intamate with you the rest of my life, satified the rest of my days. Sustain me, Feed me with you Raisans and cakes. Refresh me with the peaches from your precious Tree. Let me hear your screams all night. Let me lick that luscious body, let me drink from your vine, your scent the smell is so sweet And your whole personality is so so understanding And unselfessly lovely. When you dress you are clean and neat. For I want you to be mine, This heart I want to Find, so I can always be yours. Please never run away please never flee. I promise to always be there, Be your support system. Endlessly bring you gifts, all kind of candyies, Roses and Lillies. For I am your forever Flower and you are my Responsibility.

280000     000086

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CALVIN FLOWERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:07-CV-553** |
| ) | |
| **OFFICER McKENZIE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**AFFIDAVIT OF MJCO SYLVESTER McKENZIE**</u>

**STATE OF ALABAMA**          )

**COUNTY OF MONTGOMERY**   )

Before me, a Notary Public in and for said State and County, personally appeared **Sylvester McKenzie** and, after first being duly sworn by me, did depose and state as follows:

My name is Sylvester McKenzie and I am over nineteen (19) years of age. I am currently employed as a Municipal Jail Corrections Officer with the Montgomery Police Department, and assigned to the City Jail on Third Shift. I have been employed with the City of Montgomery since 2-21-03. It is in that capacity that I state the following:

1.      I was one of the Municipal Jail Correction Officers assigned to Mr. Flowers during his most recent incarceration at the Montgomery Municipal Jail.

2.      On December 20, 2006, while I was attempting to give Mr. Flowers his breakfast tray, he threw a bowl of hot grits on my left arm.

3.      I completed a disciplinary report on Mr. Flowers' conduct that morning.



DEFENDANT'S EXHIBIT DX3

4.      In addition, Mr. Flowers was placed in the "punitive cell" several times. He was placed in this cell for various reasons, including flooding his cell, throwing grits at Corrections Officers, and throwing feces and urine.

5.      When Mr. Flowers was moved to the "punitive" cell, his personal items were removed from his cell and placed in a locker with his name on it for identification. When he was placed back in population, he received his personal items from his locker.

6.      When Mr. Flowers urinated throughout his cell and/or he threw feces, his cell then became a health/safety violation. Mr. Flowers was immediately removed to the "punitive cell" and his cell was cleaned. Any items in Mr. Flowers' cell that were soiled were removed and placed into a bin for hazardous materials.

7.      When Mr. Flowers' cell is being cleaned, the documents that are soiled are not read. They are immediately placed into a hazardous material container and discarded.

8.      Any paperwork that Mr. Flowers is missing may have been contaminated and disposed of as hazardous waste.

I have read the above and foregoing affidavit consisting in total of three (2) pages and state that it is true and correct to my present knowledge and information.

Sylvester McKenzie

**SWORN to and SUBSCRIBED before me this the** 5 th **day of December,**
**2007.**

Notary Public
My Commission Expires March 17, 2009

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CALVIN FLOWERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:07-CV-553** |
| | ) | |
| **OFFICER McKENZIE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF MJCO O.D. McCRAY

**STATE OF ALABAMA**          )

**COUNTY OF MONTGOMERY**    )

Before me, a Notary Public in and for said State and County, personally appeared

**O.D. McCray** and, after first being duly sworn by me, did depose and state as follows:

My name is O.D. McCray and I am over nineteen (19) years of age. I am

currently employed as a Municipal Jail Corrections Officer with the Montgomery Police

Department, and assigned to the City Jail on Third Shift. I have been employed with the

City of Montgomery since July, 2002. It is in that capacity that I state the following:

1.      I was one of the corrections officers assigned to the post where Mr.

Flowers was incarcerated.

2.      On January 15, 2007, while I was attempting to give Mr. Flowers his

breakfast tray, he threw a bowl of hot grits on my left arm. I signed a warrant in relation

to this assault.

3.      After this incident, I had no further contact with Mr. Flowers. If I was

assigned to the post where he was incarcerated, my Supervisor would move me to a



DEFENDANT'S EXHIBIT
4

different post, or another MJCO would take care of any responsibilities I had with Mr.

Flowers.

I have read the above and foregoing affidavit consisting in total of three (2) pages

and state that it is true and correct to my present knowledge and information.

O.D. McCray

**SWORN to and SUBSCRIBED before me this the** 5th **day of December,**
**2007.**

Notary Public

My Commission Expires March 17, 2009

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CALVIN FLOWERS,                    )
                                   )
    Plaintiff,            )
                                   )
v.                                 )    Case No. 2:07-CV-553
                                   )
OFFICER McKENZIE, et al.,          )
                                   )
    Defendants.           )

## <u>AFFIDAVIT OF DR. MARCIAL J. MENDEZ</u>

STATE OF ALABAMA              )

COUNTY OF MONTGOMERY   )

    Before me, a Notary Public in and for said County and State, personally appeared Marcial Mendez, after first being duly sworn, did depose and state as follows:

    1.    My name is Dr. Marcial J. Mendez. I am over nineteen years of age. In 1985, I became a licensed physician in the State of Alabama. I am affiliated with the American Medical Association and have passed the Educational Commission for Foreign Medical Graduate Examination, in addition to the Federal Licensure Examination.

    2.    I am under contract with the City of Montgomery as the attending physician at the Montgomery Municipal Jail. I have acted in that capacity for approximately five years.

    3.    I have treated Calvin Flowers on several occasions and regularly prescribed medications to him during his most recent incarceration at the Montgomery Municipal Jail. In my capacity as the physician at the jail, I provide Flowers with the



DEFENDANT'S
EXHIBIT
5

same standard of medical care that I do all of my patients. I have never denied Mr. Flowers proper medical treatment.

    4.    I treated Calvin Flowers on the dates of 3/22/07, 3/8/07, 2/7/07, 1/18/07, and 12/13/06 during his most recent incarceration at the Montgomery Municipal Jail.

    5.    Mr. Flowers made no complaints to me of improper medical care, by the defendants, during his most recent incarceration at the Montgomery Municipal Jail.

    6.    If Mr. Flowers requested to see me any other time and was not treated by me, I was not made aware of his request. I have never denied medical treatment to anyone.

    7.    I prescribed various medications to Mr. Flowers during his incarceration to treat his ailments, and I discussed with Mr. Flowers the importance of taking his medications as directed.

I have read the above and foregoing affidavit consisting in total of four (2) pages and state that it is true and correct to my present knowledge and information.

_____
Dr. Marcial Mendez

**SWORN to and SUBSCRIBED before me this the** 4th **day of December, 2007.**

_____
Notary Public
My Commission Expires _07/11/01_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CALVIN FLOWERS,              )
                                 )

     **Plaintiff,**         )
                                 )

**v.**                         )   **Case No. 2:07-CV-553**
                                 )

**OFFICER McKENZIE, et al.,**   )
                                 )

     **Defendants.**      )

## AFFIDAVIT OF MJCO MICHAEL BAILEY

**STATE OF ALABAMA**       )

**COUNTY OF MONTGOMERY**  )

Before me, a Notary Public in and for said State and County, personally appeared **Michael Bailey** and, after first being duly sworn by me, did depose and state as follows:

My name is Michael Bailey and I am over nineteen (19) years of age. I am currently employed as a Jail Corrections Supervisor with the Montgomery Police Department, and assigned to the City Jail on Third Shift. I have been employed with the City of Montgomery since 4/19/02. It is in that capacity that I state the following:

1.    I was a Third Shift Supervisor during Mr. Flowers' most recent incarceration with the Montgomery Municipal Jail.

2.    While he was incarcerated, Flowers was placed in the "punitive cell" several times. He was placed in this cell for various reasons, including flooding his cell, throwing grits at a Municipal Jail Corrections Officer, and throwing feces and urine.

3.    When an inmate is moved to the "punitive" cell, his personal items are removed from his cell and placed in a locker with the inmates name for identification.



DEFENDANT'S
EXHIBIT
6

When the inmate is placed back in population, he receives his personal items from his locker.

4.    When an inmate urinates throughout his cell and/or throws feces, his cell then becomes a health/safety violation.    The inmate is immediately removed to the "punitive cell" and his cell is cleaned.    Any items in the inmate's cell that are soiled are removed and placed into a bin for hazardous materials.

5.    When these cells are being cleaned, the documents soiled are not read. They are immediately placed into a hazardous material container and discarded.

6.    Any paperwork that Mr. Flowers is missing may have been contaminated and disposed of as hazardous waste.

I have read the above and foregoing affidavit consisting in total of three (2) pages and state that it is true and correct to my present knowledge and information.

_M. Bailey BOB_

Michael Bailey

**SWORN to and SUBSCRIBED before me this the** 5th **day of December, 2007.**

_Lisa Hampton Davis_

Notary Public

My Commission Expires _March 17, 2009_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **CALVIN FLOWERS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 2:07-CV-553** |
| | ) |
| **OFFICER McKENZIE, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## <u>AFFIDAVIT OF MJCO S. SMITH</u>

**STATE OF ALABAMA**        )

**COUNTY OF MONTGOMERY**   )

Before me, a Notary Public in and for said State and County, personally appeared **S. Smith** and, after first being duly sworn by me, did depose and state as follows:

My name is S. Smith and I am over nineteen (19) years of age. I am currently employed as a Municipal Jail Corrections Officer Supervisor with the Montgomery Police Department, and assigned to the City Jail on Second Shift. I have been employed with the City of Montgomery since August 29, 2003. It is in that capacity that I state the following:

1.     I was a Second Shift Supervisor's during Mr. Flowers' most recent incarceration with the Montgomery Municipal Jail.

2.     While he was incarcerated, Flowers was placed in the "punitive cell" several times. He was placed in this cell for various reasons, including flooding his cell, throwing grits at a Municipal Jail Corrections Officer, and throwing feces and urine.



**DEFENDANT'S EXHIBIT**
7

3.      When an inmate is moved to the "punitive" cell, his personal items are removed from his cell and placed in a locker with the inmate's name for identification. When the inmate is placed back in population, he receives his personal items from his locker.

4.      When an inmate urinates throughout his cell and/or throws feces, his cell then becomes a health/safety violation.   The inmate is immediately removed to the "punitive cell" and his cell is cleaned.  Any items in the inmate's cell that are soiled are removed and placed into a bin for hazardous materials.

5.      When these cells are being cleaned, the documents soiled are not read. They are immediately placed into a hazardous material container and discarded.

6.      Any paperwork that Mr. Flowers is missing may have been contaminated and disposed of as hazardous waste.

I have read the above and foregoing affidavit consisting in total of three (2) pages and state that it is true and correct to my present knowledge and information.


_S. Smith_
S. Smith


**SWORN to and SUBSCRIBED before me this the** _6th_ **day of December, 2007.**


_Lisa Hampton Davis_
Notary Public
My Commission Expires _March 19, 2009_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CALVIN FLOWERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:07-CV-553** |
| | ) | |
| **OFFICER McKENZIE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF MJCO J. WELCH

**STATE OF ALABAMA**          )

**COUNTY OF MONTGOMERY**   )

Before me, a Notary Public in and for said State and County, personally appeared **J. Welch** and, after first being duly sworn by me, did depose and state as follows:

My name is J. Welch and I am over nineteen (19) years of age. I am currently employed as a Jail Corrections Supervisor with the Montgomery Police Department, and assigned to the City Jail on Second Shift. I have been employed with the City of Montgomery since July of 1995. It is in that capacity that I state the following:

1.      I was a Second Shift Supervisor during Mr. Flowers' most recent incarceration with the Montgomery Municipal Jail.

2.       While he was incarcerated, Flowers was placed in the "punitive cell" several times. Mr. Flowers was placed in this cell for various reasons, including flooding his cell, throwing grits at a Municipal Jail Corrections Officer, and throwing feces and urine.



DEFENDANT'S
EXHIBIT
B

3.      When an inmate is moved to the "punitive" cell, his personal items are removed from his cell and placed in a locker with the inmate's name for identification. When the inmate is placed back in population, he receives his personal items from his locker.

4.      When an inmate urinates throughout his cell and/or throws feces, his cell then becomes a health/safety violation.  The inmate is immediately removed to the "punitive cell" and his cell is cleaned.  Any items in the inmate's cell that are soiled are removed and placed into a bin for hazardous materials.

5.      When these cells are cleaned, the documents soiled are not read. They are immediately placed into a hazardous material container and discarded.

6.      Any paperwork that Mr. Flowers is missing may have been contaminated and disposed of as hazardous waste.

I have read the above and foregoing affidavit consisting in total of three (2) pages and state that it is true and correct to my present knowledge and information.

*J. Welch*

**SWORN to and SUBSCRIBED before me this the** _6th_ **day of December,** **2007.**

Notary Public
My Commission Expires _March 17, 2009_

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN FLOWERS,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )     Case No. 2:07-CV-553
                                         )
OFFICER McKENZIE, et al.,                )
                                         )
        Defendants.                      )

## AFFIDAVIT OF NURSE VERNICE DAVIS

STATE OF ALABAMA              )

COUNTY OF MONTGOMERY          )

Before me, a Notary Public in and for said State and County, personally appeared

Vernice Davis and, after first being duly sworn by me, did depose and state as follows:

My name is Vernice Davis.  I am over nineteen years of age.  I am currently

employed as a Nurse with the Montgomery City Jail.  I have been employed by the

Montgomery City Jail as a Nurse since 1997.

1.      I was one of the nurses that treated Calvin Flowers during his most recent

incarceration at the Montgomery Municipal Jail.

2.      I checked Calvin Flowers' blood sugar two times on the date of 12/17/06.  On this

date, Mr. Flowers made no mention of any "food poisoning" and he refused to take his

prescribed medications of Insulin and Metformin.

I have read the above and foregoing affidavit consisting in total of two (2) pages

and state that it is true and correct to my present knowledge and information.



DEFENDANT'S
EXHIBIT
9

_____

Vernice Davis, Nurse )


        **SWORN to and SUBSCRIBED before me this the** ___7th___ **day of December,**
2007.


_____
Notary Public
My Commission Expires  10/16/09  _____