IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 DEC -7  P 4:51

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-CV-553 |
| | ) |
| OFFICER McKENZIE, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

**COME NOW** the Defendants, Officer McKenzie ("McKenzie"), Officer McKray ("McKray"), Officer Welch ("Welch"), Officer Bailey ("Bailey"), and Officer Smith ("Smith"), through undersigned counsel and, in accordance with this Court's Orders of October 31, 2007, November 30, 2007, and December 4, 2007, submit the following Answer to Plaintiff's Complaint.

## GROUND ONE

1. Defendants deny the material allegations contained in Ground One of Plaintiff's Complaint and demand strict proof thereof.

## GROUND TWO

2. Defendants deny the material allegations contained in Ground Two of Plaintiff's Complaint and demand strict proof thereof.

## GROUND THREE

3. Defendants deny the material allegations contained in Ground Three of Plaintiff's Complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants plead the general issue.

### SECOND AFFIRMATIVE DEFENSE

Defendants plead insufficiency of service of process.

### THIRD AFFIRMATIVE DEFENSE

Defendants plead qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

Defendants plead discretionary function immunity on any state law claims which may have been pleaded.

### FIFTH AFFIRMATIVE DEFENSE

Defendants plead that the claims made by Plaintiff are completely without merit and should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B) (i).

### RESERVATION OF DEFENSES

The Defendants reserve the right to plead additional defenses as they become known in the course of discovery, as may be allowed by the Court.

Respectfully submitted this the 7th day of December, 2007.

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090),
Assistant City Attorney

**OF COUNSEL:**
City of Montgomery Attorneys Office
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

## CERTIFICATE OF SERVICE

      I hereby certify that I have mailed a copy of the above and foregoing Answer to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 7th day of December, 2007:

Calvin Flowers
09518-002
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1033
Coleman, FL  33521

                                              _/s/_____
                                          Of Counsel

3