IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO.: 2:07-CV-553-WHA |
| | ) |
| OFFICER MCKENZIE, MCKRAY, | ) |
| WELCH, BAILEY, AND SMITH | ) |
| | ) |
|     Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW, Officer McKenzie, a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x]    This party is an individual, or

[ ]    This party is a governmental entity, or

[ ]    There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| 12/10/07 | /s/Wallace D. Mills |
| Date | (Signature) |

Wallace D. Mills
(Counsel's Name)

City of Montgomery
Counsel for (print names of all parties)

103 N. Perry St.
Montgomery, Al 36101
334-241-2050

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. Mail, postage prepaid and properly addressed on this 10th day of December, 2007, to the following:

Calvin Flowers
09518-002
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1033
Coleman, FL  33521


12/10/07                                             /s/ Wallace D. Mills
Date                                                      Signature